# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INT'L MONETARY INC., on behalf of itself and all others similarly situated, | : <br> : <br> : <br> :    Case No. 20-cv-04577 <br> : <br> :    The Honorable Gary Feinerman <br> : <br> : <br> : |
| *v.* | |
| VEGA CAPITAL LONDON, LTD. and JOHN DOES 1-100 | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Mish International Monetary Inc., for its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: August 5, 2020

                                                                                                                  Respectfully submitted,

                                                                                                                  *s/Marvin A. Miller*
                                                                                                                  Marvin A. Miller
                                                                                                                  **Miller Law LLC**
                                                                                                                  115 S. LaSalle Street, Suite 2910
                                                                                                                  Chicago, Illinois 60603
                                                                                                                  312.332.3400
                                                                                                                  mmiller@millerlawllc.com

                                                                                                                  Christopher Lovell
                                                                                                                  **Lovell Stewart Halebian Jacobson LLP**
                                                                                                                  500 Fifth Avenue, Suite 2440
                                                                                                                  New York, New York 10110
                                                                                                                  212-608-1900
                                                                                                                  clovell@lshllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020, a true and correct copy of the foregoing was served on all counsel of record via the ECF document filing system for the United States District Court for the Northern District of Illinois.

By: /s/ Marvin A. Miller
Marvin A. Miller