UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INT'L MONETARY INC., on behalf of itself and all others similarly situated, | :<br>:<br>: |
| | : Case No. 20-cv-04577 |
| v. | :<br>: The Honorable Gary Feinerman |
| VEGA CAPITAL LONDON, LTD. and JOHN DOES 1-100 | :<br>: |

## CERTIFICATE OF SERVICE OF THE SUMMONS AND COMPLAINT ON DEFENDANT VEGA CAPITAL LONDON, LTD.

I Marvin A. Miller, attorney for Plaintiff Mish International Monetary Inc., hereby certify that on August 17, 2020, service of the summons and complaint on Defendant Vega Capital London, Ltd. was completed via FedEx pursuant to Federal Rule of Civil Procedure 4, and Article 10(a) of the Hague Service Convention. A copy of the FedEx receipt and tracking notification are attached.

Dated: August 18, 2020

Respectfully submitted,

*s/Marvin A. Miller*
Marvin A. Miller
**Miller Law LLC**
115 S. LaSalle Street, Suite 2910
Chicago, Illinois 60603
312.332.3400
mmiller@millerlawllc.com

Christopher Lovell
**Lovell Stewart Halebian Jacobson LLP**
500 Fifth Avenue, Suite 2440
New York, New York 10110
212-608-1900
clovell@lshllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, a true and correct copy of the foregoing was served on all counsel of record via the ECF document filing system for the United States District Court for the Northern District of Illinois.

By: /s/ Marvin A. Miller  
Marvin A. Miller

# FedEx Office

Address: 20 S CLARK STREET
CHICAGO
IL 60603
Location: CHIKD
Device ID: -BTC02
Transaction: 940271956787

**International Priority**
395759111400    0.50 lb (S)    54.29
   Declared Value  0
Recipient Address:
   VEGA CAPITAL LONDON, LTD
   SUITE 1A CHURCHILL HOUSE, HORDON
   BUSINESS PARK, WEST HORNDON ESSEX
   Brentwood, ES CM133XD, GB
   0000000000000

Scheduled Delivery Date 08/17/2020

Package Information:
   FedEx Envelope

Shipment subtotal:    $54.29

Total Due:    $54.29

FedEx SENDER Account
*****4514

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated. See fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Aug 12, 2020 4:04:28 PM

# Commercial Invoice

Page 1 of 1

This invoice must be completed in English.

| EXPORTER: | |
|---|---|
| Tax ID#: | |
| Contact Name: | MILLER LAW LLC |
| Telephone No.: | (312) 332-3400 |
| E-Mail: | |
| Company Name/Address: | |
| MILLER LAW LLC | |
| 115 S LASALLE ST STE 2910 | |
| CHICAGO IL 60603 | |
| Country/Territory: | UNITED STATES OF AMERICA |
| Parties to Transaction: | ☐ Related  ☒ Non-Related |

| | |
|---|---|
| Ship Date: | 12 Aug, 2020 |
| Air Waybill No. /Tracking No.: | 395759111400 |
| Invoice No.: | |
| Purchase Order No.: | |
| Payment Terms: | |
| Bill of Lading: | |
| Purpose of Shipment: | Commercial |

| CONSIGNEE: | |
|---|---|
| Tax ID#: | |
| Contact Name: | VEGA CAPITAL LONDON, LTD |
| Telephone No.: | 0000000000000 |
| E-Mail: | |
| Company Name/Address: | |
| VEGA CAPITAL LONDON, LTD | |
| SUITE 1A CHURCHILL HOUSE, HORDON | |
| BUSINESS PARK, WEST HORNDON ESSEX | |
| Brentwood CM133XD | |
| Country/Territory: | UNITED KINGDOM |

| SOLD TO /IMPORTER (if different from Consignee): | |
|---|---|
| ☒ Same as CONSIGNEE: | |
| Tax ID#: | |
| Company Name/Address: | |
| Country/Territory: | UNITED KINGDOM |

If there is a designated broker for this shipment, please provide contact information.
Name of Broker:    Tel. No.:    Contact Name:

Duties and Taxes Payable by: ☐ Exporter  ☒ Consignee  ☐ Other   if Other, please specify

| No. of Packages | No. of Units | Net Weight (LBS/KGS) | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Manufacture | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1.00 | 0.50 | Pieces | DOCUMENTS - A PAPER THAT PROVIDES INFORMATION INCLUDING PERSONAL, INTER-OFFICE, AND BUSINESS DOCUMENTS. FOR BANKING DOCUMENTS, PLEASE SEE CHECKS/CHEQUES; MONEY ORDERS; CREDIT OR DEBIT CARD APPLICATIONS; OR LETTERS OF CREDIT (DOCUMENT PACKET ONLY, NOT FOR PREPARATION OR PRESENTATION TO BANK). | | US | 1.000000 | 1.00 |
| | | | | *Summons + complaint* | | | | |

| Total Pkgs | Total Units | Total Net Weight (Indicate LBS/KGS) | Total Gross Weight (Indicate LBS/KGS) | Terms of Sale: FCA |
|---|---|---|---|---|
| 1 | 1.00 | 0.50 LB | 0.50 LB | |

| | |
|---|---|
| Subtotal: | 1.00 |
| Insurance: | 0.00 |
| Freight: | 0.00 |
| Packing: | 0.00 |
| Handling: | 0.00 |
| Other: | 0.00 |
| Invoice Total: | 1.00 |
| Currency Code: | USD |

Special Instructions:

Declaration Statement(s):
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

I declare that all the information contained in this invoice to be true and correct.

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual:
MILLER LAW LLC

Signature /Title /Date: *Dena Latruch Paralegal 8-12-2020*

12 Aug, 2020

REV. 04.10.13-1.08

395759111400

# Delivered
## Monday 8/17/2020 at 8:28 am

**DELIVERED**

Signature release on file

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| CHICAGO, IL US | BRENTWOOD, ES GB |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 395759111400 | International Priority | 1 lbs / 0.45 kgs |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 1 lbs / 0.45 kgs | Third Party |

| PACKAGING | SPECIAL HANDLING SECTION | STANDARD TRANSIT |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 8/17/2020 by 12:00 pm |

| SHIP DATE | ACTUAL DELIVERY | |
|---|---|---|
| Wed 8/12/2020 | Mon 8/17/2020 8:28 am | |

## Travel History

Local Scan Time

**Monday , 8/17/2020**

| 8:28 am | BRENTWOOD GB | Delivered |
| | | Left at front door. Package delivered to recipient address - release authorized |
| 5:59 am | HARLOW GB | On FedEx vehicle for delivery |

**Saturday , 8/15/2020**

| 2:35 am | HARLOW GB | At local FedEx facility |

**Friday , 8/14/2020**

| 7:51 pm | RIDGMONT GB | Departed FedEx location |

**Thursday , 8/13/2020**