IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INT'L MONETARY INC., on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> VEGA CAPITAL LONDON, LTD. and JOHN DOES 1-100, <br><br> Defendants. | Case No. 20 CV 04577 <br><br> Hon. Gary S. Feinerman |

## NOTICE OF FILING

To: Counsel of Record

    PLEASE TAKE NOTICE that on Wednesday, September 2, 2020, I caused the Appearance of Amy G. Doehring, on behalf of Defendant Vega Capital London, Ltd., to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois. A copy of said document will be served upon all counsel of record via CM/ECF electronic transmission.

/s/ Amy G. Doehring
Amy G. Doehring

Dated: September 2, 2020

| | |
|---|---|
| Name | Amy G. Doehring <br> Akerman LLP |
| Attorney for | Defendant Jon-Don, LLC |
| Address | 71 South Wacker Drive, 47th Floor |
| City | Chicago, IL 60606 |
| Telephone | 312-634-5700 |
| Email | amy.doehring@akerman.com |

54475003;1