UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>VEGA CAPITAL LONDON, LTD., and JOHN DOES 1-100,<br><br>   *Defendants*. | Case No. 1:20-cv-04577 |

## DEFENDANT VEGA CAPITAL LONDON, LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2

Defendant, Vega Capital London, Ltd., by its undersigned counsel and in accord with Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that there is no parent corporation or publicly held corporation that owns more than 10% of its stock. Pursuant to Local Rule 3.2, Vega states that it has no publicly held affiliates.

Dated: September 18, 2020

Respectfully submitted,
VEGA CAPITAL LONDON, LTD.

By:  /s/ Amy Graham Doehring
   One of its attorneys

Amy Graham Doehring
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com

Michael P. Kelly (*pro hac vice pending*)
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Joel S. Forman (*pro hac vice pending*)
Meghan K. Boland (*pro hac vice pending*)
AKERMAN LLP
520 Madison Avenue, 20th Floor
New York, NY 10022
(212) 880-3800
joel.forman@akerman.com
meghan.boland@akerman.com

## **CERTIFICATE OF SERVICE**

I, Amy Graham Doehring, an attorney, hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing via electronic mail to all attorneys of record.

/s/ Amy Graham Doehring<br>Amy Graham Doehring