UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Mish International Monetary Inc.
                       Plaintiff,

v.                                                    Case No.: 1:20−cv−04577
                                                        Honorable Gary Feinerman

Vega Capital London, Ltd., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2020:

     MINUTE entry before the Honorable Gary Feinerman:Motions to appear pro hac vice [17], [18] and [19] is granted. Defendant shall file its motion to dismiss by 11/27/2020; Plaintiff shall file its response brief by 1/26/2021; Defendant shall reply by 2/26/2021. Rule 26(a)(1) disclosures shall be served by 11/9/2020. Plaintiff may serve Civil Rule 34 requests seeking the production of documents that Defendant previously produced to the CFTC, the CME, the NYMEX, or other regulators. All other discovery is stayed absent further order of court; either side may move for relief from this discovery stay. The status hearing set for 10/9/2020 [4] is stricken and re−set for 12/1/2020 at 9:00 a.m. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.