# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INT'L MONETARY INC., on behalf of itself and all others similarly situated,<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD. and JOHN DOES 1-100. | Case No. 20-cv-04577<br><br>Judge Gary Feinerman<br>Magistrate Judge Jeffrey T. Gilbert |

## JOINT MOTION FOR ENTRY OF AN AGREED PROPOSED PROTECTIVE ORDER REGARDING CONFIDENTIALITY

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Mish International Monetary Inc. and Defendant Vega Capital London, Ltd. jointly move this Court for entry of the enclosed agreed-upon [Proposed] Stipulated Protective Order. In support of this motion, they state as follows:

1. Defendant is prepared to produce its initial regulatory document production to Plaintiff. Such production includes confidential information. The parties also anticipate that they may need to exchange additional confidential information.

2. In order to facilitate the exchange of confidential information, the parties agree that entry of a protective order is appropriate.

3. Attached hereto as <u>Exhibit A</u> is a .pdf copy of the proposed protective order agreed-upon by the parties. Contemporaneously with this filing, the parties have also transmitted a Microsoft Word version of the proposed order to this Court at the following email address: Proposed_Order_Feinerman@ilnd.uscourts.gov.

WHEREFORE, Plaintiff Mish International Monetary Inc. and Defendant Vega Capital London, Ltd. respectfully request that this Court enter the attached proposed protective order.

Dated: November 4, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Szot* | */s/ Amy Graham Doehring* |
| Marvin A. Miller | Amy Graham Doehring |
| Andrew Szot | **Akerman LLP** |
| **Miller Law LLC** | 71 S. Wacker Drive, 47th Floor |
| 115 S. LaSalle Street, Suite 2910 | Chicago, IL 60606 |
| Chicago, Illinois 60603 | (312) 634-5700 |
| 312.332.3400 | amy.doehring@akerman.com |
| mmiller@millerlawllc.com | |
| | Michael P. Kelly |
| Christopher Lovell | **Akerman LLP** |
| Christopher M. McGrath | 750 Ninth Street, N.W., Suite 750 |
| **Lovell Stewart Halebian Jacobson LLP** | Washington, DC 20001 |
| 500 Fifth Avenue, Suite 2440 | (202) 393-6222 |
| New York, New York 10110 | michael.kelly@akerman.com |
| 212-608-1900 | |
| clovell@lshllp.com | Joel S. Forman |
| | Meghan K. Boland |
| *Counsel for Plaintiff Mish International Monetary Inc.* | **Akerman LLP** |
| | 520 Madison Avenue, 20th Floor |
| | New York, NY 10022 |
| | (212) 880-3800 |
| | joel.forman@akerman.com |
| | meghan.boland@akerman.com |
| | |
| | *Counsel for Defendant Vega Capital London, Ltd.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, I caused a true and correct copy of the foregoing ***Joint Motion For Entry of An Agreed Proposed Protective Order Regarding Confidentiality*** to be served on all counsel of record *via* filing electronically on the Court's CM/ECF system.

<u>/s/ *Andrew Szot*</u>