# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> VEGA CAPITAL LONDON, LTD., and JOHN DOES 1-100, <br><br> *Defendants*. | Case No. 1:20-cv-04577 |

## DEFENDANT VEGA CAPITAL LONDON, LTD.'S AGREED MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF FIFTEEN PAGES

Defendant, Vega Capital London, Ltd. ("Vega"), by its undersigned counsel and in accord with Local Rule 7.1, hereby moves to modify the page limits set forth in Local Rule 7.1 for the briefing relating to Vega's upcoming motion to dismiss the Class Action Complaint filed by Plaintiff Mish International Monetary Inc. ("Plaintiff"). In support of this motion, Vega states as follows:

1. On August 4, 2020, Plaintiff filed a five count class action complaint alleging violations of the Commodities Exchange Act (7 U.S.C. § 1 *et seq.*) and the Sherman Act (15 U.S.C. § 1 *et seq.*), relating to the trading of WTI crude oil futures on April 20, 2020, a day when the crude oil futures price traded at a negative price.

2. Vega plans to file a motion to dismiss under Rule 9(b) and 8(a) of the Federal Rules of Civil Procedure. The motion will address, among other things, whether Plaintiff has adequately alleged under the Commodity Exchange Act that (1) Vega or the traders possessed the ability to influence prices of crude oil futures on April 20, 2020; (2) an artificial price existed; (3) Vega or the traders caused the artificial price; and (4) Vega or the traders specifically

intended to cause the artificial price.  The motion will further address whether Plaintiff has adequately alleged the elements of a claim under the Sherman Act: (1) the existence of a contract, combination, or conspiracy; (2) an unreasonable restraint of trade as a result of the agreement; and (3) an injury to the Plaintiff.  In this motion, Vega will have to address the unique market circumstances surrounding the trading of crude oil on April 20, 2020 (including the global pandemic, the effects of the pandemic on the world's economy, the over-supply of oil, the lack of storage space, stay-at-home orders, among many other factors), all of which Plaintiff neglected to mention in its complaint and of which the Court can take judicial notice.

3.  Judges of this Court have granted leave to exceed the page limits in other Commodities Exchange Act cases, permitting defendants to file comparable motions to dismiss with a page limit of 30 pages or more.  *See, e.g.*, *U.S. Commodity Futures Trading Commission v. Kraft Foods Group, Inc.*, Civil Action No. 15-2881, Docket Entry No. 40 (N.D. Ill.) (permitting a 30 page motion to dismiss for two counts of a Commodity Exchange Act complaint); *Ploss v. Kraft Foods Group, Inc.*, Civil Action No. 15-2937, Docket Entry No. 74 (N.D. Ill.) (granting leave to file a 35 page motion to dismiss).

4.  Vega has conferred with counsel for Plaintiff about Vega's motion.  The parties agreed to seek leave under Local Rule 7.1 to extend the page limit for the briefs related to Vega's motion to dismiss as follows:

- Thirty (30) pages for Vega's memorandum in support of its motion to dismiss;
- Thirty-five (35) pages for Plaintiff's response to Vega's motion to dismiss; and
- Fifteen (15) pages for Vega's reply brief in support of its motion to dismiss.

WHEREFORE Defendant Vega Capital London, Ltd. respectfully requests that this Court modify the page limits for the briefs relating to Vega's motion to dismiss to permit Vega to file a thirty (30) page memorandum in support, Plaintiff to file a thirty-five (35) page memorandum in response, and Vega to file a fifteen (15) page reply brief in support of its motion to dismiss.

Dated: November 24, 2020

Respectfully submitted,
VEGA CAPITAL LONDON, LTD.

By: /s/ Amy Graham Doehring
     One of its attorneys

Amy Graham Doehring
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com

Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Joel S. Forman
Meghan K. Boland
AKERMAN LLP
520 Madison Avenue, 20th Floor
New York, NY 10022
(212) 880-3800
joel.forman@akerman.com
meghan.boland@akerman.com

**CERTIFICATE OF SERVICE**

I, Amy Graham Doehring, an attorney, hereby certify that on November 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing via electronic mail to all attorneys of record.

/s/ Amy Graham Doehring<br>
Amy Graham Doehring