Mish International Monetary Inc.
                                    Plaintiff,

v.                                                            Case No.: 1:20–cv–04577
                                                            Honorable Gary Feinerman

Vega Capital London, Ltd., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 25, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion for leave to file [25] is granted. For purposes of its forthcoming motion to dismiss, Defendant may file an oversized initial brief of up to thirty pages and Plaintiff may file an oversized response brief of up to thirty–five pages.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.