# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> VEGA CAPITAL LONDON, LTD., and JOHN DOES 1-100, <br><br> *Defendants*. | Case No. 1:20-cv-04577 <br><br> Hon. Gary S. Feinerman <br><br> Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT VEGA CAPITAL LONDON LIMITED'S
## MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Vega Capital London Limited ("Vega") hereby moves to dismiss Plaintiff Mish International Monetary, Inc.'s Class Action Complaint for failure to state a claim. In support of this motion, Vega states as follows:

1. On August 4, 2020, Plaintiff Mish International Monetary Inc. ("Mish") filed a five count Class Action Complaint alleging violations of the Commodity Exchange Act (7 U.S.C. § 1, *et seq.*) and the Sherman Act (15 U.S.C. § 1, *et seq.*), relating to the trading of WTI crude oil futures on April 20, 2020, a day when the crude oil futures price traded at a negative price.

2. Vega is moving to dismiss Mish's Class Action Complaint for failure to state a claim pursuant to Rule 12(b)(6). Mish's complaint should be dismissed for two reasons. First, Mish's market manipulation claims fail to comply with Rule 9(b)'s requirement that fraud claims be pled with particularity. Second, all of Mish's claims fail Rule 8(a)'s requirements that it allege specific facts that plausibly give rise to relief.

3. Vega has enclosed a Memorandum of Law setting forth the reasons why its motion should be granted.

WHEREFORE Vega respectfully requests that the Court dismiss Mish's Class Action Complaint for failure to state a claim.

Dated: November 27, 2020

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED

By: /s/ Michael Kelly
Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Amy Graham Doehring
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com

Joel S. Forman
Meghan K. Boland
AKERMAN LLP
520 Madison Avenue, 20th Floor
New York, NY 10022
(212) 880-3800
joel.forman@akerman.com
meghan.boland@akerman.com

*Attorneys for Vega Capital London Limited*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on November 27, 2020, a copy of the foregoing Motion to Dismiss Plaintiff's Class Action Complaint, including the accompanying declaration and memorandum of law, was filed using the CM/ECF electronic filing system. Service of this filing will be made on attorneys of record in the case by operation of the Court's electronic filing system, and parties may access these filings through the Court's electronic filing system.

                                        /s/ Michael P. Kelly
                                        Michael P. Kelly