UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD., and JOHN DOES 1-100,<br><br>*Defendants*. | Case No. 1:20-cv-04577<br><br>Hon. Gary S. Feinerman<br><br>Magistrate Judge Jeffrey T. Gilbert |

## **DECLARATION OF MICHAEL P. KELLY**

I, MICHAEL P. KELLY, hereby declare as follows:

1. I am a partner with the law firm of Akerman LLP and counsel for Defendant Vega Capital London Limited ("Vega") in this action.

2. I am filing this declaration in support of Vega's Motion to Dismiss Plaintiff's Class Action Complaint and for the purpose of attaching true and correct copies of the documents listed below. I have also included links to the locations of the documents online, which were last visited on November 26, 2020.

3. Exhibit 1 is a true and correct copy of a Proclamation issued by Illinois Governor J.B. Pritzker on April 2, 2020. The proclamation can be viewed online at https://coronavirus.illinois.gov/s/resources-for-executive-orders.

4. Exhibit 2 is a true and correct copy of a report issued by the CME Group, Inc. and entitled "The Peaking of Storage." The article was written by Daniel Brusstar and Elizabeth Hui and published on August 10, 2020. The article can be viewed online at CME's website at the following link:

https://www.cmegroup.com/education/articles-and-reports/the-peaking-of-storage.html#:~:text=In%20Cushing%2C%20inventories%20rose%2023,65%25%20of%20working%20storage%20capacity.

5. Exhibit 3 is a true and correct copy of a New York Times article entitled "Too Much Oil: How a Barrel Came to be Worth Less Than Nothing." The article was written by Stanley Reed and Clifford Krauss and published on April 20, 2020. The article is available online at

https://www.nytimes.com/2020/04/20/business/oil-prices.html.

6. Exhibit 4 contains true and correct copies of a summary advisory alert published by CME Group, Inc. on April 8, 2015 and the accompanying full text of the alert. The alert was entitled "CME Clearing Plan to Address the Potential of a Negative Underlying in Certain Energy Options Contracts." The summary of the alert and the full text of the alert can be found online at

https://www.cmegroup.com/notices/clearing/2020/04/Chadv20-152.html.

7. Exhibit 5 contains true and correct copies of a summary advisory alert published by CME Group, Inc. on April 15, 2020 and the accompanying full text of the alert. The alert was entitled "Testing Opportunities in CME's 'New Release' Environment for Negative Prices and Strikes for Certain NYMEX Energy Contracts." The summary of the alert can be found online at

https://www.cmegroup.com/notices/clearing/2020/04/Chadv20-160.html. The full text of the advisory can be found at

https://www.cmegroup.com/content/dam/cmegroup/notices/clearing/2020/04/Chadv20-160.pdf

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of November, 2020.

/s/ Michael P. Kelly
Michael P. Kelly