# EXHIBIT 5

# Testing Opportunities in CME's "New Release" Environment for Negative Prices and Strikes for Certain NYMEX Energy Contracts

| | |
|---|---|
| **To** | Clearing Member Firms |
| **From** | CME Clearing |
| **#** | 20-160 |
| **Notice Date** | 15 April 2020 |
| **Effective Date** | 15 April 2020 |

Recent market events have raised the possibility that certain NYMEX energy futures contracts could trade at negative or zero trade prices or be settled at negative or zero values, and that options on these futures contracts could be listed with negative or zero strike prices. Were this to occur, all of CME's trading and clearing systems would continue to function normally. Support for zero or negative futures and/or strike prices is standard throughout CME systems. All file and message formats support such prices, and we have a variety of products which have long behaved in this manner, for example NYMEX BY (WTI-Brent Bullet) futures contracts and NYMEX BV options on those futures contracts.

Effective immediately, firms wishing to test such negative futures and/or strike prices in their systems may utilize CME's "New Release" testing environments, for products CL (crude oil futures) and LO (options on those futures.) "New Release" SPAN files and settlement price files already reflect such prices. In the New Release environment, orders may be submitted in CME Globex, block trades may be submitted through CME Clearport, and all normal trade and position processing may be performed in Clearing.

Click here for the full text of the advisory

20-160



| | |
|---|---|
| DATE: | April 15, 2020 |
| TO: | Clearing Member Firms |
| FROM: | CME Clearing |
| ADVISORY #: | **20-160** |

**SUBJECT:** **Testing opportunities in CME's "New Release" environment for negative prices and strikes for certain NYMEX energy contracts**

Recent market events have raised the possibility that certain NYMEX energy futures contracts could trade at negative or zero trade prices or be settled at negative or zero values, and that options on these futures contracts could be listed with negative or zero strike prices.

Were this to occur, all of CME's trading and clearing systems would continue to function normally. Support for zero or negative futures and/or strike prices is standard throughout CME systems. All file and message formats support such prices, and we have a variety of products which have long behaved in this manner, for example **NYMEX BY** (WTI-Brent Bullet) futures contracts and **NYMEX BV** options on those futures contracts.

Clearing Advisory 20-152 was published on April 8, 2020, and detailed the process, considerations and timing by which CME would transition from the Whaley option pricing model to the Bachelier option pricing model for margining and settlements for particular groups of products. It's at:
https://www.cmegroup.com/content/dam/cmegroup/notices/clearing/2020/04/Chadv20-152.pdf

Globex Advisory 20200403 was published on April 3, 2020 and details the changes to Price and Strike Price Eligibility flags associated with this possibility. It's at:
https://www.cmegroup.com/notices/electronic-trading/2020/04/20200403.html#pageNumber=1

Effective immediately, firms wishing to test such negative futures and/or strike prices in their systems may utilize CME's "New Release" testing environments, for products **CL** (crude oil futures) and **LO** (options on those futures.) "New Release" SPAN files and settlement price files already reflect such prices. In the New Release environment, orders may be submitted in CME Globex, block trades may be submitted through CME Clearport, and all normal trade and position processing may be performed in Clearing.

The full list of potentially affected products is provided on the following page.

For more information please contact CME Clearing at ccs@cmegroup.com or via phone at Chicago (312) 207 2525 | London (44) 203 379 3198 | Singapore (65) 6593 5591.

| Product | Clearing Code | Clearing Product Type | Globex Code | Group Code | Category | Benchmark |
|---|---|---|---|---|---|---|
| **Brent Crude Oil Last Day Financial Futures** | **BZ** | **FUT** | **BZ** | **OP** | **BZ** | **Y** |
| Brent Crude Oil Average Price Option | BA | OOF | BA | OT | BZ | N |
| Brent Crude Oil BALMO Futures | J9 | FUT | AJ9 | BB | BZ | N |
| Brent Crude Oil European Financial Option | BE | OOF | BE | OT | BZ | N |
| Brent Crude Oil Futures-Style Margin Option | BZO | OOF | BZO | PR | BZ | N |
| Brent Crude Oil Option | OS | OOF | OSX | OT | BZ | N |
| Brent Crude Oil Penultimate Financial Futures | BB | FUT | BB | BB | BZ | N |
| Brent Financial Futures | CY | FUT | CY | CC | BZ | N |
| Dated Brent (Platts) BALMO Futures | DBB | FUT | DBB | BB | BZ | N |
| Mini Brent Financial Futures | MBC | FUT | MBC | CC | BZ | N |
| **Light Sweet Crude Oil Futures** | **CL** | **FUT** | **CL** | **CL** | **CL** | **Y** |
| Argus WTI Formula Basis Calendar Month Futures | 39 | FUT | 39 | CC | CL | N |
| Argus WTI Trade Month Futures | V7 | FUT | V7 | CC | CL | N |
| Crude Oil Bullet Futures | WS | FUT | WS | WS | CL | N |
| Crude Oil Last Day Financial Futures | 26 | FUT | 26 | CC | CL | N |
| Crude Oil Weekly Options | LO1-LO5 | OOF | LO1-LO5 | LO | CL | N |
| Daily Crude Oil Option | CD | OOF | ICD | LO | CL | N |
| Daily WTI Financial Futures | DCL | FUT | DCL | CC | CL | N |
| E-mini Crude Oil Futures | QM | FUT | QM | CL | CL | N |
| Light Sweet Crude Oil European Financial Option | LC | OOF | LCE | LO | CL | N |
| Light Sweet Crude Oil Option | LO | OOF | LO | LO | CL | N |
| LLS (Argus) Financial Futures | XA | FUT | AXA | CC | CL | N |
| WTI BALMO Futures | 42 | FUT | A42 | CC | CL | N |
| WTI Financial Futures | CS | FUT | CSX | CC | CL | N |
| WTI Trade Month Futures | TCS | FUT | TCS | CC | CL | N |
| WTI Average Price Option | AO | OOF | AAO | LO | CS | N |
| **WTI Houston Crude Oil Option** | **HCO** | **OOF** | **HCO** | **H3** | **HCL** | **Y** |
| WTI Houston Crude Oil Futures | HCL | FUT | HCL | HC | HCL | N |
| **NY Harbor ULSD Option** | **OH** | **OOF** | **OH** | **OH** | **HO** | **Y** |
| E-mini NY Harbor ULSD Futures | QH | FUT | QH | CL | HO | N |
| NY Harbor ULSD Average Price Option | AT | OOF | ATX | EP | HO | N |
| NY Harbor ULSD BALMO Futures | 1G | FUT | A1G | RF | HO | N |
| NY Harbor ULSD Bullet Futures | BH | FUT | ABH | RF | HO | N |
| NY Harbor ULSD European Financial Option | LB | OOF | LB | EF | HO | N |
| NY Harbor ULSD Financial Futures | MP | FUT | MPX | PT | HO | N |
| NY Harbor ULSD Futures | HO | FUT | HO | CL | HO | N |
| NY Harbor ULSD Last Day Financial Futures | 23 | FUT | 23 | CP | HO | N |
| **DME Oman Crude Oil Futures** | **OQD** | **FUT** | **OQD** | **DE** | **OQD** | **Y** |
| DME Dubai Crude Oil (Platts) BALMO Futures | DDI | FUT | DDI | DE | OQD | N |
| DME Dubai Crude Oil (Platts) Futures | DCD | FUT | DCD | DE | OQD | N |
| Dubai Crude Oil (Platts) BALMO Futures | BI | FUT | ABI | BB | OQD | N |
| Dubai Crude Oil (Platts) Financial Futures | DC | FUT | DCB | BB | OQD | N |
| RBOB Gasoline Average Price Option | RA | OOF | RA | EF | RB | Y |
| E-mini RBOB Gasoline Futures | QU | FUT | QU | CL | RB | N |
| RBOB Gasoline BALMO Futures | 1D | FUT | A1D | RF | RB | N |
| RBOB Gasoline Bullet Futures | RT | FUT | RT | WS | RB | N |
| RBOB Gasoline European Financial Option | RF | OOF | ARF | EF | RB | N |
| RBOB Gasoline Financial Futures | RL | FUT | RLX | PT | RB | N |
| RBOB Gasoline Futures | RB | FUT | RB | CL | RB | N |
| RBOB Gasoline Last Day Financial Futures | 27 | FUT | 27 | CP | RB | N |
| RBOB Gasoline Option | OB | OOF | OB | OB | RB | N |