UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD., and JOHN DOES 1-100,<br><br>*Defendants*. | Case No. 1:20-cv-04577<br><br>Hon. Gary S. Feinerman<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT VEGA CAPITAL LONDON LIMITED'S AND INDIVIDUAL A'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Vega Capital London Limited ("Vega") and Individual A hereby move to dismiss Plaintiff Mish International Monetary Inc.'s Amended Class Action Complaint for failure to state a claim. In support of this motion, Vega states as follows:

1. On August 4, 2020, Plaintiff Mish International Monetary Inc. ("Mish") filed a five-claim Class Action Complaint against Vega, alleging violations of the Commodity Exchange Act (7 U.S.C. § 1, *et seq.*) and the Sherman Act (15 U.S.C. § 1, *et seq.*). Mish's allegations related to the trading of WTI crude oil futures on April 20, 2020, a day when the crude oil futures price traded at a negative price.

2. On November 27, 2020, Vega filed a motion to dismiss Mish's complaint for failure to state a claim. ECF 27. Mish subsequently requested, and was granted, leave to file an amended class action complaint. ECF 32, 35.

3. On February 1, 2021, Mish filed eight claims in an amended complaint and added 13 individual defendants and 4 John Doe defendants. ECF 40. Mish continues to allege

violations of the Commodity Exchange Act and the Sherman Act and has added a claim of unjust enrichment, all of which relate to the trading of WTI crude oil futures contracts on April 20, 2020. Mish drafted the amended class action complaint with the benefit of over 40,000 pages of documents produced by Vega pursuant to the Court's October 5, 2020 order. ECF 21.

4. Vega and Individual A now move to dismiss Mish's Class Action Complaint for failure to state a claim pursuant to Rule 12(b)(6). Vega and Individual A adopt the arguments made by the twelve traders in their main and supplemental briefs filed today. In addition, Mish's Sherman Act claim has failed to allege facts plausibly suggesting that Vega or Individual A entered into an agreement to restrain trade, while Mish's Commodity Exchange Act claim has failed to allege any facts plausibly suggesting that the traders (as the alleged "customers") were acting as an agent for Vega (as the alleged "broker") or that Vega or Individual A played any meaningful role in any of the trading by the individual traders.

5. Vega and Individual A have enclosed a Memorandum of Law setting forth the reasons why their motion should be granted.

WHEREFORE Vega and Individual A respectfully request that the Court dismiss Mish's Amended Class Action Complaint for failure to state a claim.

Dated: May 14, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　VEGA CAPITAL LONDON LIMITED
　　　　　　　　　　　　　　　　　　　AND INDIVIDUAL A

　　　　　　　　　　　　　　　By:　　/s/ Michael Kelly
　　　　　　　　　　　　　　　　　　　Michael P. Kelly
　　　　　　　　　　　　　　　　　　　Sarah C. Wang
　　　　　　　　　　　　　　　　　　　AKERMAN LLP
　　　　　　　　　　　　　　　　　　　750 Ninth Street, N.W., Suite 750
　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　(202) 393-6222
　　　　　　　　　　　　　　　　　　　michael.kelly@akerman.com
　　　　　　　　　　　　　　　　　　　sarah.wang@akerman.com

Amy Graham Doehring
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com

Joel S. Forman
AKERMAN LLP
520 Madison Avenue, 20th Floor
New York, NY 10022
(212) 880-3800
joel.forman@akerman.com

*Attorneys for Vega Capital London Limited and Individual A*