UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INT'L MONETARY INC., on behalf of itself and All others similarly situated,<br><br>     v.<br><br>VEGA CAPITAL LONDON, LTD., *et al.* | Case No. 20-cv-04577<br><br>Judge Gary S. Feinerman<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF CHRISTOPHER M. MCGRATH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**
<u>**THE SECOND AMENDED COMPLAINT**</u>

I, Christopher M. McGrath, pursuant to 28 U.S.C. §1746, hereby declare as follows:

I am a partner with the law firm of Lovell Stewart Halebian Jacobson LLP. The statements herein are true to the best of my personal knowledge, information and belief, including information provided by attorneys and staff of Lovell Stewart. I make this declaration to submit certain documents and information referenced in Plaintiff's Opposition to Defendants' Motions to Dismiss the Second Amended Complaint.

  1. A true and correct copy of an agreement between G. H. Financial Limited ("GH") and defendant Vega Capital London Limited ("Vega"), dated July 12, 2016 is attached hereto as Exhibit 1.

  2. A true and correct copy of an agreement between G. H. Financial Limited and Vega Capital London Limited, dated November 16, 2017 is attached hereto as Exhibit 2.

  3. A true and correct copy of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is attached hereto as Exhibit 3.

  4. A true and correct copy of documents produced by Vega bearing Bates stamps VEGA_MISH_000043303-3309 are attached hereto as Exhibit 4.

1

5. A true and correct copy of a document referenced as a "Confirmation Statement" for ███████████████████ dated on or about April 1, 2021 is attached hereto as Exhibit 5.

6. A true and correct copy of a document titled "Vega Capital London Ltd Unaudited Financial Statements for The Year Ended 31 May 2020" is attached hereto as Exhibit 6.

7. A true and correct copy of a document titled "Vega Capital London Ltd Unaudited Financial Statements for The Year Ended 31 May 2021" is attached hereto as Exhibit 7.

8. A true and correct copy of a document produced by Vega and Bates stamped VEGA_MISH_000000021 is attached hereto as Exhibit 8.

9. A true and correct copy of a document produced by Vega and Bates stamped VEGA_MISH_000043353 is attached hereto as Exhibit 9.

10. A true and correct copy of a cover letter from Vega's counsel dated July 28, 2022 is attached hereto as Exhibit 10.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Executed in Rhinebeck, New York, on August 23, 2022.

*Christopher M. McGrath*