# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Mish International Monetary Inc.

                             Plaintiff,

v.                                         Case No.: 1:20–cv–04577

                                         Honorable Gary Feinerman

Vega Capital London, Ltd., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 28, 2022:

       MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Trader 7's motion to dismiss [135] is granted, Other Traders' motion to dismiss [140] is granted in part and denied in part, and Vega Defendants' motion to dismiss [146] is granted in part and denied in part. Plaintiff's claims against Defendants Traders 7 and 10, and Plaintiffs' CEA Section 2(a)(1) claims against all Defendants, are dismissed with prejudice. The Clerk is directed to terminate Trader 7 and Trader 10 as party defendants. The case will proceed against Defendants Traders 1 6, 8 9, and 11 12, Vega, and Individual A on the Sherman Act Section 1 claim, the CEA Section 9(a)(2), Section 6(c)(1), and Section 13 claims, and the unjust enrichment claim. Those Defendants shall answer the surviving portions of the second amended complaint by 1/20/2023.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.