# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Mish International Monetary Inc.

Plaintiff,

v.                                                      Case No.: 1:20−cv−04577

Honorable Manish S. Shah

Vega Capital London, Ltd., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 17, 2023:

MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time [193] is granted. Defendants' answer to the second amended complaint is due 2/21/23. The stay of discovery is lifted. The parties' proposed case schedule remains due 1/20/23. The identity of Traders 7 and 10 may remain under seal in the previous filings for now, but to the extent their identities are relevant to judicial decisionmaking in the future, anonymity is not permitted without specific good cause. Plaintiff should file an unredacted, public version of the second amended complaint identifying the defendants Traders 1−6, 8−9, and 11−12, and Individual A before defendants file their answers on 2/21/23 and should propose a deadline to do so in the 1/20/23 status report. No appearance on 1/19/23 is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.