| | Exhibit A – Parties' Discovery Proposals | |
|---|---|---|
| **Event** | **Plaintiff's Proposal** | **Defendants' Proposal** |
| *Written discovery.* | The parties may serve written discovery given that the Court lifted the discovery stay on January 17, 2023. The deadline to serve written discovery should be 30 days prior to the close of fact discovery. | The parties may serve written discovery 14 days after the lifting of the discovery stay. The deadline to serve written discovery should be 30 days prior to the close of fact discovery. |
| *Deadline to amend pleadings* | 60 days prior to the close of fact discovery. | 60 days prior to the close of fact discovery. |
| *Completion of fact discovery for class certification* | Plaintiff opposes bifurcation of "class" and "merits" discovery. | August 18, 2023 |
| *Completion of fact discovery.* | December 30, 2024 (except foreign discovery provided that it is commenced at least 60 days prior to the close of fact discovery). | April 1, 2024 |
| *Motion for class certification, including expert reports* | August 30, 2024 | September 18, 2023 |
| *Defendants' opposition to class cert and supporting expert reports* | October 29, 2024 | November 17, 2023 |
| *Plaintiff's reply support class cert and supporting rebuttal expert reports* | December 30, 2024 | January 16, 2024 |
| *Plaintiff merits expert reports* | February 28, 2025 | May 1, 2024 |
| *Defendant merits expert reports* | April 29, 2025 | July 1, 2024 |
| *Plaintiff merits rebuttal expert reports* | June 30, 2025 | August 2, 2024 |
| *Completion of merits expert discovery.* | July 30, 2025 | October 14, 2024 |
| *Motions for summary judgment* | August 29, 2025 | November 18, 2024 |
| *Oppositions to summary judgment* | October 28, 2025 | January 13, 2025 |
| *Replies in support of summary judgment* | December 12, 2025 | February 12, 2025 |