# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Mish International Monetary Inc.
                              Plaintiff,

v.                                                      Case No.: 1:20−cv−04577
                                                       Honorable Manish S. Shah

Vega Capital London, Ltd., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Defendants' motion to bifurcate class certification and merits discovery [198] is denied, with the caveat that class−certification discovery will necessarily be prioritized to comply with this scheduling order. The parties may issue written discovery on 1/31/23. All fact discovery, including any foreign discovery, must be noticed in time for completion by 12/30/24. Plaintiff's motion for class certification, including any supporting expert reports, is due 1/22/24. Defendants' (joint) opposition to class certification, including any supporting expert reports, is due 3/4/24. Plaintiff's reply along with rebuttal expert reports is due 4/8/24. The court expects the parties to confer on a class−certification expert discovery and deposition protocol. If the parties cannot agree, the court will impose a protocol by 10/30/23. The court will set deadlines for amendment of the pleadings, merits expert discovery, and dispositive motions when the parties get closer to completing fact discovery. An agreed proposed confidentiality order may be submitted to proposed_order_shah@ilnd.uscourts.gov. The parties shall file a joint status report describing discovery accomplished, any disputes needing court intervention, and the witnesses to be deposed (and on what timetable) on 7/12/23. The parties may contact the courtroom deputy to schedule a status conference with the court and to request court assistance on any discovery issues. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.