IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INT'L MONETARY INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VEGA CAPITAL LONDON, LTD., et al., <br><br> Defendants. | Case No. 20-cv-04577 <br><br> Hon. Manish S. Shah <br><br> Magistrate Judge Jeffrey T. Gilbert |

## JOINT STATUS REPORT

Plaintiff Mish International Monetary Inc. and Defendants Vega Capital London Ltd. ("Vega"), Adrian Spires (together with Vega Capital London Ltd., the "Vega Defendants"), Paul Commins, George Commins, Christopher Roase, Elliott Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson (collectively, the "Trader Defendants") respectfully submit this joint status report pursuant to the Court's January 27, 2023 Order directing that "[t]he parties shall file a joint status report describing discovery accomplished, any disputes needing court intervention, and the witnesses to be deposed (and on what timetable) on 7/12/23." ECF No. 201.

### I. Case Schedule

On January 27, 2023, the Court set a discovery and class certification schedule for this Action (ECF No. 201) in response to the parties' joint initial status report (ECF No. 196) and Defendants' motion to bifurcate class certification and merits discovery (ECF No. 198). The Court permitted the parties to issue written discovery on January 31, 2023, noted that "class-certification discovery will necessarily be prioritized to comply with [the] scheduling order," and

set the following deadlines for class certification motion briefing and fact discovery:

- Plaintiff's motion for class certification, including any supporting expert reports, due January 22, 2024;
- Defendants' opposition to class certification, including any support expert reports, due March 4, 2024;
- Plaintiff's class certification reply, including rebuttal expert reports, due April 8, 2024;
- Deadline for completion of all fact discovery, including foreign discovery, due December 30, 2024.

## II. Discovery Accomplished

### a. Discovery Requests

#### i. Plaintiff's Requests

On October 5, 2020, as authorized by The Honorable Gary Feinerman (ECF No. 21), Plaintiff served a request on Defendant Vega for production of documents that it had "previously produced to the CFTC, the CME, the NYMEX, or other regulators." Plaintiff subsequently served a second set of six requests and a third set of 38 requests on all Defendants, on January 31, 2023, and February 17, 2023, respectively. Plaintiff has also served a fourth request for documents and a first set of interrogatories on Defendants.

#### ii. Defendants' Requests

The Trader Defendants and the Vega Defendants have each served one set of requests for the production of documents on Plaintiff on January 31, 2023, and May 2, 2023, respectively.

### b. Document Productions

#### i. Plaintiff's Productions

Plaintiff began producing documents in response to Defendants' requests on April 6,

2023. As of July 12, 2023, Plaintiff has made nine (rolling) productions consisting of approximately 184 documents (1,045 pages). Plaintiff has also collected and produced documents responsive to Defendants' requests through non-party subpoena. *See* "c" below. Although Plaintiff has not completed its search, based on current information Plaintiff believes its document production in response to Defendants' requests is substantially complete. Plaintiff has also provided a privilege log.

## ii. Defendants' Productions

Vega has produced over 1,300 documents, totaling nearly 44,000 pages, in response to Plaintiff's first set of document requests. Vega intends to produce additional documents on a rolling basis in response to Plaintiff's most recent discovery requests.

In addition to documents they provided to Vega and have already been produced by Vega, the Trader Defendants have made five further productions of documents consisting of 2,020 documents totaling 13,262 pages in response to Plaintiff's second and third set of document requests. Trading Defendants believe their production is substantially complete.

## c. **Non-Party Discovery**

Plaintiff has served Rule 45 subpoenas on non-parties the Intercontinental Exchange ("ICE"), CME, GH Financials Limited, GH Financials LLC (together with GH Financials Limited, "GHF"),[1] Trading Technologies International, Inc.,[2] ADM Investor Services, Inc. ("ADMIS"),[3] Three Lakes Advisors, and Archer Financial Services, Inc.[4] Plaintiff has also

---

[1] GHF operated as the futures commission merchant and clearing firm for Defendants' trading in WTI crude oil.

[2] Trading Technologies provided certain trading related services to Defendants.

[3] ADMIS was Plaintiff's clearing firm for commodities trading.

[4] Three Lakes Advisors and Archer Financial Services, Inc. were Plaintiff's commodity futures brokers.

noticed subpoenas for Interactive Brokers LLC, TD Ameritrade, E*-Trade Futures, AMP Global and GAIN Capital.

Vega has served a Rule 45 subpoena on ADMIS. The Trader Defendants have served Rule 45 subpoenas on ICE, CME, Three Lakes Advisors, Archer Financial Services, Inc., and Oak Trading Systems, Inc.

CME has informed the parties that it will produce market data and certain other documents beginning this week.

ICE has informed the parties that the requested documents are in the custody of ICE's UK entity, ICE Futures Europe. Both Plaintiff and the Trader Defendants believe they have worked out an agreement with ICE regarding the scope of production. Plaintiff and the Trader Defendants expect to move the Court for a letter of request pursuant to the Hague Convention in order to obtain this foreign discovery.

Plaintiff has had numerous meet and confers with counsel for GHF. GHF has not yet produced documents in response to the subpoenas. Plaintiff is asking GHF to conclude the meet and confers by providing a final position.

ADMIS has produced 164 documents totaling 488 pages in response to the Rule 45 subpoenas served by the parties.

Trading Technologies International, Inc. has produced over 700 megabytes of data in response to Plaintiff's subpoena.

Three Lakes Advisors has produced 43 documents in response to Plaintiff's subpoena.

### III. Disputes Requiring Court Intervention

#### a. Plaintiff's Position

The parties have held numerous meet and confers concerning Defendants' responses to

Plaintiffs' document requests, including on March 17, May 9, and July 7 and 10 and are continuing to meet and confer. Plaintiff is reviewing the Trader Defendants' recent document productions and awaits production from Defendants Vega and Spires. Although Plaintiff does not believe there are currently any ripe discovery disputes that require Court intervention, Plaintiff anticipates making motions no later than August 10, 2023 to compel Defendants to produce documents if the meet and confer process cannot satisfactorily resolve the issues. Likewise, with regards to the GHF subpoenas, Plaintiff anticipates making a motion to compel no later than August 10 if the meet and confer process cannot resolve the issues. Especially needed for Plaintiff's economist's anticipated model and other expert submissions that will be used in the class certification motion in January 2024 are documents from the CME, the ICE and detailed electronic records from Defendants of their trading in futures contracts, especially including WTI crude oil futures contracts prior to April 20, 2020.

    b. **Defendants' Position**

Defendants agree with Plaintiff that, at this time, no disputes have ripened to require judicial intervention. Defendants are reviewing Plaintiff's recent document productions, including email communications from Plaintiff produced today, and have requested information from Plaintiff on their search for and production of documents related to class certification, including any documents relating to other potential class members. Similar to Plaintiff, for briefing on class certification, Defendants' experts require documents and data from the CME and ICE concerning trading in WTI crude oil futures contracts during the purported class period.

**IV.**   <u>**Witnesses to be Deposed**</u>

    a. **Plaintiff's Position**

Plaintiff's current objective is to take depositions of at least the following witnesses

before filing their class certification motion in January 2024: (a) Defendant Spires, each of the individual Trader Defendants, a Rule 30(6) deposition of Defendant Vega, and certain Vega-related persons (including at least Jason Merritt); and (b) non-parties to the extent needed to explain the documents, items in the documents, or the conduct reflected in the documents produced by such non-parties.

      b. **Defendants' Position**

Defendants initially anticipate taking the depositions of Plaintiff and its commodity futures brokers, as well as any expert Plaintiff puts forward for its motion for class certification. Defendants expect these initial depositions to take place before February 29, 2024. Defendants may also take other depositions relating to class certification in the fall of 2023 or January or February 2024, including of other putative members of the class. Defendants propose that other depositions, including depositions of the Trader Defendants, take place in the second half of 2024, after the completion of document discovery and briefing on class certification.

      c.     **Dispute Concerning Depositions**

Plaintiff and Defendants presently have a disagreement about the timing of depositions of the Trader Defendants. If this dispute cannot be resolved through meet and confer, then Plaintiff will move for relief from the Court no later than August 10, 2023.

Dated: July 12, 2023

                                      Respectfully submitted,

| | |
|---|---|
| */s/ Christopher M. McGrath* | */s/ Michael P. Kelly* |
| Christopher Lovell | Michael P. Kelly |
| Christopher M. McGrath | **AKERMAN LLP** |
| **LOVELL STEWART HALEBIAN** | 750 Ninth Street, N.W., Suite 750 |
| **JACOBSON LLP** | Washington, DC 20001 |
| 500 Fifth Avenue, Suite 2440 | (202) 393-6222 |
| New York, New York 10110 | michael.kelly@akerman.com |

| | |
|---|---|
| Telephone: (212) 608-1900<br>Facsimile: (212) 719-4775<br><br>Marvin A. Miller<br>Andy Szot<br>**MILLER LAW LLC**<br>115 S. LaSalle Street, Suite 2910<br>Chicago, Illinois 60603<br>Telephone: (312) 332.3400<br><br>*Attorneys for Plaintiff Mish International Monetary Inc.* | Joel S. Forman<br>**AKERMAN LLP**<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>(212) 880-3800<br>joel.forman@akerman.com<br><br>Amy Graham Doehring<br>Elpitha B. Lambros<br>**AKERMAN LLP**<br>71 S. Wacker Drive, 47th Floor<br>Chicago, IL 60606<br>(312) 634-5700<br>amy.doehring@akerman.com<br>elpitha.lambros@akerman.com<br><br>*Attorneys for Defendants Vega Capital London Ltd. And Adrian Spires*<br><br>*/s/ Matthew L. Mazur*<br>Roger A. Burlingame<br>Matthew L. Mazur<br>**DECHERT LLP**<br>160 Queen Victoria Street<br>London EC4V 4QQ, United Kingdom<br>Telephone: +44 20 7184 7000<br>Roger.Burlingame@dechert.com<br>Matthew.Mazur@dechert.com<br><br>Steven E. Bizar<br>Julia Chapman<br>**DECHERT LLP**<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Telephone: (215) 994-2222<br>Steven.Bizar@dechert.com<br>Julia.Chapman@dechert.com<br><br>*Attorneys for Defendants Paul Commins, George Commins, Christopher Roase, Elliott Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson* |