Mish International Monetary Inc.
                Plaintiff,

v.                                                    Case No.: 1:20–cv–04577
                                                      Honorable Manish S. Shah

Vega Capital London, Ltd., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Telephone motion hearing held. For the reasons stated in open court, defendants' motion for an extension of deadlines [289] is denied in part and granted in part as to plaintiff's request. Plaintiff's motion for class certification is now due 2/12/24. By 2/26/24, the parties shall file a status report with competing proposals for briefing the motion and any discovery requested prior to briefing. Continued telephone status hearing is set for 3/12/24 at 9:30 a.m. The motions for leave to file under seal [288] [292] are granted. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.