# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mish International Monetary Inc.
                          Plaintiff,

v.                                                              Case No.: 1:20–cv–04577
                                                               Honorable Manish S. Shah

Vega Capital London, Ltd., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 1, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to file [298] is granted. Plaintiff's brief in support of its motion for class certification is due 2/19/24 and may use up to 40 pages. The parties' status report is now due 3/1/24. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.