**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>               *v.*<br><br>VEGA CAPITAL LONDON, LTD., *et al.* | Case No. 1:20-cv-04577<br><br>Judge Manish S. Shah |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2 and the Stipulated Protective Order entered in this action (ECF No. 24), Plaintiff Mish International Monetary Inc. ("Plaintiff") respectfully seeks leave to file under seal Plaintiff's Memorandum of Law in Support of Its Motion for Class Certification, the Expert Report of Professor Craig Pirrong, and the Declaration of Benjamin M. Jaccarino, Esq and exhibits thereto (collectively "Class Motion"). Defendants do not object to Plaintiff filing its Class Motion under seal.

In support of this motion, Plaintiff respectfully states as follows:

1. Pursuant to Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must…move the court for leave to file the document under seal." L.R. 26.2(c). This rule further allows the filing party to "provisionally file the document electronically under seal." *Id.*

2. Pursuant to the Stipulated Protective Order, the parties and certain non-parties designated certain information produced during discovery as confidential or highly confidential. ECF No. 24, p. 10. Certain of the information so designated is reflected in Plaintiff's Class Motion.

3. Plaintiff is preparing a redacted version of the Class Motion, which will be sent to counsel for the Defendants. Absent objection from Defendants, Plaintiff intends to file their proposed redacted version of the Class Motion in the public record. Plaintiff is serving an un-redacted version of the Class Motion on counsel for Defendants.

2

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting it leave to file under seal the un-redacted version of Plaintiff's Class Motion.

Dated: February 19, 2024

Respectfully submitted,

*/s/ Christopher McGrath*
Christopher Lovell
Christopher M. McGrath
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 Fifth Avenue, Suite 2440 New York, New York 10110  212.608.1900
clovell@lshllp.com
cmcgrath@lshllp.com

*Counsel for Plaintiff*