**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>     *v.*<br><br>VEGA CAPITAL LONDON, LTD., *et al.* | Case No. 1:20-cv-04577<br><br>Judge Manish S. Shah |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**CORRECTED COPIES UNDER SEAL**

  Pursuant to Local Rule 26.2 and the Stipulated Protective Order entered in this action (ECF No. 24), Plaintiff Mish International Monetary Inc. ("Plaintiff") respectfully seeks leave to file under seal Plaintiff's Memorandum of Law in Support of Its Motion for Class Certification (Corrected Copy), the Expert Report of Professor Craig Pirrong (Corrected Copy), and the Declaration of Benjamin M. Jaccarino, Esq. (Corrected Copy) and exhibits thereto[1] (collectively "Class Motion"). Defendants do not oppose this motion.

  In support of this motion, Plaintiff respectfully states as follows:

  1. Each of the corrected copies includes an errata sheet detailing the proposed corrections. The corrections primarily consist of insertions and corrections to citations (including citations to the Jaccarino declaration, the expert report of Professor Craig Pirrong and internal citations) and typographical corrections.

  2. Pursuant to Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission

---

[1] The corrected copy of the expert report of Professor Craig Pirrong is Exhibit 1 to the Jaccarino declaration. Plaintiff had difficulty filing exhibits 32 and 33 when it originally filed the Jaccarino declaration. ECF No. 306. Plaintiff is re-filing the Jaccarino declaration with exhibits 32 and 33. Exhibits 32 and 33 were served on counsel for Defendants at the time of the original filing.

1

must…move the court for leave to file the document under seal." L.R. 26.2(c). This rule further allows the filing party to "provisionally file the document electronically under seal." *Id.*

3. Pursuant to the Stipulated Protective Order, the parties and certain non-parties designated certain information produced during discovery as confidential or highly confidential. ECF No. 24, p. 10. Certain of the information so designated is reflected in Plaintiff's Class Motion.

4. Plaintiff is preparing a redacted version of the Class Motion, which will be sent to counsel for the Defendants. Absent objection from Defendants, Plaintiff intends to file their proposed redacted version of the Class Motion in the public record. Plaintiff is serving an un-redacted version of the Class Motion on counsel for Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting it leave to file under seal the un-redacted version of Plaintiff's Class Motion.

Dated: February 28, 2024

Respectfully submitted,

*/s/ Christopher McGrath*
Christopher Lovell
Christopher M. McGrath
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 Fifth Avenue, Suite 2440 New York, New York 10110 212.608.1900
clovell@lshllp.com
cmcgrath@lshllp.com

*Counsel for Plaintiff*

2