# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mish International Monetary Inc.

                                            Plaintiff,

v.                                                               Case No.: 1:20–cv–04577
                                                                         Honorable Manish S. Shah

Vega Capital London, Ltd., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Telephone status hearing held. Responses to the motion for class certification are due 6/6/24. Plaintiff's reply is due 8/5/24. The court will issue a ruling via cm/ecf. The parties shall file a status report on discovery progress (summarizing discovery completed to date and any percolating issues that may need court intervention) on 7/12/24. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.