UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>   *Plaintiff*,<br><br> v.<br><br>VEGA CAPITAL LONDON, LTD., *et al.*,<br><br>   *Defendants*. | Case No. 1:20-cv-04577<br><br>Hon. Manish S. Shah<br><br>Magistrate Judge Jeffrey T. Gilbert |
| VEGA CAPITAL LONDON LIMITED, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>GLENCORE LTD.,<br><br>   *Defendant*. | Case No. 1:24-cv-02628<br><br>Hon. Robert Blakey<br><br>Magistrate Judge Heather K. McShain |

**DEFENDANTS VEGA CAPITAL LONDON LIMITED AND ADRIAN SPIRES'
UNOPPOSED MOTION TO REASSIGN CIVIL ACTION NO. 1:24-02628 AS A
<u>RELATED CASE TO CIVIL ACTION NO. 1:20-04577</u>**

   Pursuant to Local Rule 40.4, Defendants Vega Capital London Limited ("Vega") and Adrian Spires ("Spires") respectfully move for an order reassigning Civil Action No. 1:24-02628 as a Related Case to Civil Action No. 1:20-04577. In support of the motion, Vega and Spires state the following:

   1.  Civil Action No. 1:20-04577 has been pending before this Court since August 4, 2020. The case is currently in the midst of discovery and briefing on Plaintiff's motion for class certification.

2. As they previously notified the Court, Vega and Spires served a third party subpoena on Glencore Ltd. ("Glencore") for the production of documents in connection with Civil Action No. 1:20-04577. *See id.*, ECF 282 at 3; ECF 315 at 5.

3. On March 22, 2024, Vega and Spires filed a miscellaneous action in the United States District Court for the Southern District of New York and brought a motion to compel Glencore to produce documents in response to Vega and Spires' subpoena.

4. Vega and Spires concurrently filed a motion to transfer the miscellaneous action to the United States District Court for the Northern District of Illinois.

5. On March 26, 2024, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the United States District Court for the Southern District of New York (Failla, J.) granted the motion to transfer Vega and Spires' miscellaneous action to this Court.

6. On April 2, 2024, the miscellaneous action was opened as Civil Action No. 1:24-02628 and was assigned to the Honorable Robert Blakey.

7. Subject to the Court's approval, Vega and Spires have agreed with Glencore to a proposed briefing schedule under which Glencore's response to the motion to compel will be due by April 26, 2024, and Vega and Spires' reply in support of their motion to compel will be due by May 10, 2024.

8. Local Rule 40.4(a) states that "[t]wo or more civil cases may be related if one or more of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are the same." In this case, Civil Action Nos. 1:20-04577 and 1:24-02628 are related because they involve the same issues of fact and law. In particular, in Civil Action No. 1:24-02628, Vega and

Spires seek to compel Glencore to produce documents in response to the subpoena that Vega and Spires served in order to obtain evidence to use in Civil Action No. 1:20-04577.

9. Local Rule 40.4(b) states that "[a] case may be reassigned to the calendar of another judge if it is found to be related to an earlier-numbered case assigned to that judge and each of the following criteria is met: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding." In this case, all of these criteria are met. Both Civil Action No. 1:20-04577 and 1:24-02628 are pending before this Court. The handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort, because the Court in Civil Action No. 1:20-04577 is already familiar with the issues in this complex putative class action and the relevance of evidence to the claims brought in the Second Amended Complaint. The reassignment of Vega and Spires' motion to compel will not delay the proceedings in Civil Action No. 1:20-04577, and the handling of both cases are susceptible to disposition in a single proceeding.

10. Rule 40.4 requires that "[a] copy of the complaint or other relevant pleading in each of the higher-numbered cases that are the subject of the motion shall be attached to the motion." Vega and Spires have accordingly attached a copy of Vega and Spires' Motion to Compel (without the exhibits) as Exhibit 1 to this motion.

11. Rule 40.4 states that "[t]he motion [to reassign] shall be filed in the lowest-numbered case of the claimed related set and noticed before the judge assigned to that case."

Vega and Spires accordingly are filing the notice of motion and this motion in Civil Action No. 1:20-04577.

12. Vega and Spires have conferred with counsel for Glencore regarding this motion, and Glencore does not oppose this motion.

For the reasons stated above, Defendants Vega Capital London Limited and Adrian Spires respectfully request that the Court enter an order granting its unopposed motion and reassigning Civil Action No. 1:24-02628 as a related matter to Civil Action No. 1:20-04577, rule on the pending motion to compel, and grant all other relief as may be appropriate.

Dated: April 5, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Amy Graham Doehring
Elpitha B. Lambros
**AKERMAN LLP**
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
elpitha.lambros@akerman.com

Joel S. Forman
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
(212) 880-3800
joel.forman@akerman.com

Michelle D. Nasser
**DOWD BENNETT LLP**
222 West Adams Street, Suite 250
Chicago, IL 60606
(314) 889-7345
mnasser@dowdbennett.com

*Attorneys for Vega Capital London Limited and Adrian Spires*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 5, 2024, a true and correct copy of the foregoing Movants Vega Capital London Limited and Adrian Spires' Unopposed Motion to Reassign Civil Action No. 1:24-02628 as a Related Case to Civil Action No. 1:20-04577 was served upon the following counsel for Glencore Ltd. by email:

Peter Behmke, Esq.
Barron M. Flood, Esq.
Herbert Smith Freehills New York LLP
450 Lexington Avenue
New York, NY 10017
(917) 542-7600 (phone)
(917) 542-7601 (facsimile)
peter.behmke@hsf.com
barron.flood@hsf.com

                                                 /s/ Michael P. Kelly
                                                 Michael P. Kelly