# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD., *et al.*,<br><br>*Defendants.*<br><br>VEGA CAPITAL LONDON LIMITED, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GLENCORE LTD.,<br><br>*Defendant.* | Case No. 1:20-cv-04577<br><br>Hon. Manish S. Shah<br><br>Magistrate Judge Jeffrey T. Gilbert<br><br><br><br><br><br>Case No. 1:24-cv-02628<br><br>Hon. Robert Blakey<br><br>Magistrate Judge Heather K. McShain |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Thursday, April 11, 2024 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah at the Everett McKinley Dirksen U.S. Courthouse, Room 1919, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants Vega Capital London Limited and Adrian Spires' Unopposed Motion to Reassign Civil Action No. 1:24-2628 as a Related Case to Civil Action No. 1:20-4577.

Dated: April 5, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Amy Graham Doehring
Elpitha B. Lambros
**AKERMAN LLP**
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
elpitha.lambros@akerman.com

Joel S. Forman
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
(212) 880-3800
joel.forman@akerman.com

Michelle D. Nasser
**DOWD BENNETT LLP**
222 West Adams Street, Suite 250
Chicago, IL 60606
(314) 889-7345
mnasser@dowdbennett.com

*Attorneys for Vega Capital London Limited
and Adrian Spires*

# **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 5, 2024, a true and correct copy of the foregoing Movants Vega Capital London Limited and Adrian Spires' Notice of Their Unopposed Motion to Reassign Civil Action No. 1:24-02628 as a Related Case to Civil Action No. 1:20-04577 was served upon the following counsel for Glencore Ltd. by email:

Peter Behmke, Esq.
Barron M. Flood, Esq.
Herbert Smith Freehills New York LLP
450 Lexington Avenue
New York, NY 10017
(917) 542-7600 (phone)
(917) 542-7601 (facsimile)
peter.behmke@hsf.com
barron.flood@hsf.com

                                              /s/ Michael P. Kelly
                                              Michael P. Kelly