# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mish International Monetary Inc.

          Plaintiff,

v.                 Case No.: 1:20–cv–04577
                 Honorable Manish S. Shah

Vega Capital London, Ltd., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2024:

  MINUTE entry before the Honorable Manish S. Shah: The motion to reassign [319] is granted, and case number 24–2628 will be submitted for reassignment. No appearance on 4/11/24 is necessary. Upon reassignment, the court will enter the parties' proposed briefing schedule on the motion to compel in 24–2628, with Glencore's response due 4/26/24 and Vega/Spires' reply due 5/10/24. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.