UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD., *et al.*,<br><br>*Defendants*.<br><br><br>SHELL TRADING (U.S.) COMPANY,<br><br>*Movant*,<br><br>v.<br><br>VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES,<br><br>*Respondents*. | Case No. 1:20-cv-04577<br><br>Hon. Manish S. Shah<br><br>Magistrate Judge Jeffrey T. Gilbert<br><br><br><br><br>Case No. 1:24-cv-05206<br><br>Hon. Jeremy C. Daniel<br><br>Magistrate Judge Heather K. McShain |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Tuesday, July 2, 2024 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah at the Everett McKinley Dirksen U.S. Courthouse, Room 1919, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants Vega Capital London Limited and Adrian Spires' Unopposed Motion to Reassign Civil Action No. 1:24-05206 as a Related Case to Civil Action No. 1:20-4577.

1

Dated: June 24, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Amy Graham Doehring
Shawn Taylor
**AKERMAN LLP**
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
shawn.taylor@akerman.com

*Attorneys for Vega Capital London Limited
and Adrian Spires*

Michelle D. Nasser
**DOWD BENNETT LLP**
222 West Adams Street, Suite 250
Chicago, IL 60606
(312) 224-7006
mnasser@dowdbennett.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 24, 2024, a true and correct copy of the foregoing Unopposed Notice of Motion to Reassign was served to the following counsel of record in Civil Action No. 1:24-05206 *via* email and to all counsel of record in Civil Action No. 1:20-04577 *via* ECF:

Eliot F. Turner
NORTON ROSE FULBRIGHT US LLP
1550 Lamar, Suite 2000
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
eliot.turner@nortonrosefulbright.com

Alex Cummings
NORTON ROSE FULBRIGHT US LLP
1550 Lamar, Suite 2000
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
alex.cummings@nortonrosefulbright.com

*Attorneys for Movant Shell Trading (US) Company*

    /s/ Michael P. Kelly
    Michael P. Kelly