## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>     v.<br><br>VEGA CAPITAL LONDON, LTD., *et al.* | Case No. 1:20-cv-04577<br><br>Judge Manish S. Shah |

## **PLAINTIFF'S UNOPPOSED MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2 and the Stipulated Protective Order entered in this action (ECF No. 24), Plaintiff Mish International Monetary Inc. ("Plaintiff") respectfully seeks leave to file under seal (1) Plaintiff's Consolidated Reply Memorandum of Law In Further Support of Its Motion for Class Certification; (2) Plaintiff's Memorandum of Law In Opposition to Defendants' Motion to Exclude The Class Certification Expert Report of Dr. Craig Pirrong; and (3) The Declaration of Matthew Kuipers In Support of Plaintiff's Reply In Further Support of Class Certification and Plaintiff's Opposition to Defendants' Motion to Exclude The Expert Report of Dr. Craig Pirrong, and exhibits thereto. Defendants do not object to this motion.

In support of this motion, Plaintiff respectfully states as follows:

1. Pursuant to Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must…move the court for leave to file the document under seal." L.R. 26.2(c). This rule further allows the filing party to "provisionally file the document electronically under seal." *Id.*

2. Pursuant to the Stipulated Protective Order, the parties and non-parties designated certain information they produced in connection with this action as "confidential" or "highly confidential." ECF No. 24, p. 10. Certain of the information so-designated is reflected in Plaintiff's submissions.

3.	Plaintiff is preparing redacted versions of their submissions, which will be sent to counsel for the Defendants. Absent objection from Defendants, Plaintiff intends to file their proposed redacted versions in the public record. Plaintiff is serving the un-redacted versions on counsel for Defendants.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting it leave to file under seal the un-redacted versions of Plaintiff's above-referenced submissions.

Dated: September 24, 2024

Respectfully submitted,

*/s/ Christopher McGrath*
Christopher Lovell
Christopher M. McGrath
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 Fifth Avenue, Suite 2440 New York, New York 10110 212.608.1900
clovell@lshllp.com
cmcgrath@lshllp.com

*Counsel for Plaintiff*