UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY, INC., on behalf of itself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> VEGA CAPITAL LONDON, LTD., *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-04577 <br><br> Judge: Hon. Manish S. Shah |

# DECLARATION OF CHRISTOPHER M. MCGRATH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE TRADER DEFENDANTS' MOTION TO STAY ALL REMAINING FACT DISCOVERY

I, Christopher M. McGrath, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner with the law firm Lovell Stewart Halebian & Jacobson LLP and represent Plaintiff in the above-captioned case.

2. I am respectfully submitting this declaration in support of Plaintiffs' Opposition to The Trader Defendants' Rule 26(c) Motion to Stay All Remaining Fact Discovery.

3. On January 15, 2024, the Court entered an Order stating in part:

> As the parties continue their conferences over discovery issues, the court notes that the Trader Defendants should expect to be deposed before December with some leeway for follow-up discovery, but plaintiff should also consider how realistic it is to expect to need follow up discovery from those depositions.

ECF No. 368.

4. On September 13, 2024, counsel for the Trader Defendants e-mailed counsel for Plaintiff with proposed dates for the six remaining Trader Defendant depositions. Counsel proposed that three depositions occur during the week of November 4 (in Dubai), and the remaining three depositions occur during the week of November 18 (in London).

1

5. On September 19, 2024, counsel for Plaintiff e-mailed counsel for the Trader Defendants and confirmed their availability to conduct the three depositions proposed to be held during the week of November 4 in Dubai.

6. On September 24-25, 2024, Plaintiff filed its class certification reply brief, rebuttal expert reports, and supporting evidentiary materials in support of class certification. ECF Nos. 384-386.

7. On September 25, 2024, at approximately 5:47 a.m. ET, Plaintiff received an e-mail from counsel for the Trader Defendants indicating they intended to file a motion to stay discovery before the close of business that day.

8. On September 25, 2024, at approximately 11:15 a.m. ET, counsel for Plaintiff e-mailed counsel for the Trader Defendants and confirmed their availability to conduct the three depositions that were proposed to be held during the week of November 18 in London. Later the same day, counsel for the Vega Defendants requested the parties' agreement that all six depositions of the Trader Defendants be conducted remotely. Counsel for the Trader Defendants responded by e-mail and agreed the six depositions could be conducted remotely.

9. On September 24, 2024, at approximately 5:11 p.m., ET, the Trader Defendants filed their motion for a stay of discovery pending the Court's ruling on Plaintiff's Rule 23(b)(3) class motion. ECF No. 387.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: Rhinebeck, New York
October 4, 2024

/s/ Christopher M. McGrath
Christopher M. McGrath

2