# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY, INC., on behalf of itself and all others similarly situated,<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD., *et al.* | Case No. 1:20-cv-04577<br><br>Judge Manish S. Shah |

## PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO THE TRADER DEFENDANTS' RULE 26(c) MOTION TO STAY ALL REMAINING FACT DISCOVERY

Plaintiff Mish International Monetary, Inc. ("Plaintiff") respectfully submits this supplemental opposition to the Trader Defendants' motion seeking a stay. ECF No. 387.

The Trader Defendants confirmed yesterday they intend to proceed with their deposition of a non-party crude oil storage broker on October 9, 2024. Plaintiff respectfully submits that if it is necessary for the Trader Defendants to defend against Plaintiff's individual claims by taking the deposition of a non-party storage broker, then it is even more necessary for Plaintiff to take the depositions of the named Defendants in order to prosecute Plaintiff's individual claims.

## CONCLUSION

The Trader Defendants' motion for a stay should be denied.

Dated: October 7, 2024

                                                Respectfully submitted,

                                                */s/ Christopher M. McGrath*
                                                Christopher Lovell
                                                Christopher M. McGrath
                                                Benjamin Jaccarino
                                                Travis H. Carter
                                                **LOVELL STEWART HALEBIAN**
                                                    **JACOBSON LLP**
                                                500 5th Avenue, Suite 2440
                                                New York, New York 10110
                                                Telephone: (212) 608-1900
                                                Facsimile: (212) 719-4677

Marvin A. Miller
Andy Szot
**MILLER LAW LLC**
53 W. Jackson Boulevard, Suite 1320
Chicago, Illinois 60604
Telephone: (312) 332-3400

*Counsel for Plaintiff and Proposed Class Counsel*