# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, | Case No. 1:20-cv-04577 |
| *Plaintiff,* | Hon. Manish S. Shah |
| v. | |
| VEGA CAPITAL LONDON LTD., et al., | |
| *Defendants*. | |

## DEFENDANTS' UNCONTESTED MOTION
## FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2, Defendants Vega Capital London Ltd., Adrian Spires, Paul Commins, George Commins, Christopher Roase, Elliot Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson (collectively, the "Defendants"), by their undersigned counsel, respectfully request leave to file under seal their Motion to Strike, their Motion to Strike the Rebuttal Expert Reports of Craig Pirrong, Talis Putnins, and Benjamin Goodrich ("Motion to Strike"), and the related Exhibit A.

In support of their motion, the Defendants state as follows:

1. The Defendants' Motion to Strike and Exhibit A contain references to Discovery Material designated as Confidential or Highly Confidential under the Stipulated Protective Order. ECF No. 24 at § 4.2–4.3.

2. The Defendants will file a publicly available version of their Motion to Strike with redactions after conferring with Plaintiff about redactions.

3.      In accordance with Local Rule 26.2(c), an unredacted copy of the Motion to Strike has been provisionally filed under seal.

4.      Counsel for the Defendants has conferred with counsel for the Plaintiff, who do not oppose this motion.

| | |
|---|---|
| Respectfully submitted, | Dated: November 8, 2024 |
| */s/ Michael P. Kelly* | */s/ Matthew L. Mazur* |
| Michael P. Kelly | Roger A. Burlingame |
| AKERMAN LLP | Matthew L. Mazur |
| 750 Ninth Street, N.W., Suite 750 | Ryan Dykhouse |
| Washington, DC 20001 | DECHERT LLP |
| (202) 824-1716 | 25 Cannon Street |
| michael.kelly@akerman.com | London EC4M 5UB |
| | United Kingdom |
| Amy G. Doehring | Telephone: +44 20 7184 7000 |
| Shawn M. Taylor | Roger.Burlingame@dechert.com |
| Lauren Goddard | Matthew.Mazur@dechert.com |
| AKERMAN LLP | Ryan.Dykhouse@dechert.com |
| 71 S. Wacker Drive, 47th Floor | |
| Chicago, IL 60606 | |
| (312) 634-5700 | Steven E. Bizar |
| amy.doerhing@akerman.com | Julia Chapman |
| shawn.taylor@akerman.com | Tony Leyh |
| lauren.goddard@akerman.com | DECHERT LLP |
| | 2929 Arch Street |
| Joel S. Forman | Philadelphia, PA 19104 |
| AKERMAN LLP | Telephone: (215) 994-2000 |
| 520 Madison Avenue, 20th Floor | Steven.Bizar@dechert.com |
| New York, NY 10022 | Julia.Chapman@dechert.com |
| (212) 880-3800 | Tony.Leyh@dechert.com |
| joel.forman@akerman.com | |
| | *Attorneys for Defendants Paul Commins, George Commins, Christopher Roase, Elliot Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson* |
| *Attorneys for Defendants Vega Capital London Limited and Adrian Spires* | |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 8, 2024, a copy of the foregoing was filed using the CM/ECF electronic filing system. Service of this filing will be made on attorneys of record in the case by operation of the Court's electronic filing system, and parties may access these filings through the Court's electronic filing system.

*/s/ Matthew L. Mazur*
Matthew L. Mazur