**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, | Case No. 1:20-cv-04577 |
| *Plaintiff,* | Hon. Manish S. Shah |
| v. | |
| VEGA CAPITAL LONDON LTD., et al., | |
| *Defendants*. | |

## NOTICE OF UNCONTESTED MOTION

PLEASE TAKE NOTICE that on Thursday, November 14, 2024, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Room 1919, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Uncontested Motion for Leave to File Under Seal.

Respectfully submitted,

*/s/ Michael P. Kelly*
Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 824-1716
michael.kelly@akerman.com

Amy G. Doehring
Shawn M. Taylor
Lauren Goddard
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
shawn.taylor@akerman.com
lauren.goddard@akerman.com

Dated: November 8, 2024

*/s/ Matthew L. Mazur*
Roger A. Burlingame
Matthew L. Mazur
Ryan Dykhouse
DECHERT LLP
25 Cannon Street
London EC4M 5UB
United Kingdom
Telephone: +44 20 7184 7000
Roger.Burlingame@dechert.com
Matthew.Mazur@dechert.com
Ryan.Dykhouse@dechert.com

Steven E. Bizar
Julia Chapman
Tony Leyh
DECHERT LLP
2929 Arch Street

Joel S. Forman
AKERMAN LLP
520 Madison Avenue, 20th Floor
New York, NY 10022
(212) 880-3800
joel.forman@akerman.com

*Attorneys for Defendants Vega Capital London Limited and Adrian Spires*

Philadelphia, PA 19104
Telephone: (215) 994-2000
Steven.Bizar@dechert.com
Julia.Chapman@dechert.com
Tony.Leyh@dechert.com

*Attorneys for Defendants Paul Commins, George Commins, Christopher Roase, Elliot Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 8, 2024, a copy of the foregoing was filed using the CM/ECF electronic filing system. Service of this filing will be made on attorneys of record in the case by operation of the Court's electronic filing system, and parties may access these filings through the Court's electronic filing system.

/s/ Matthew L. Mazur
Matthew L. Mazur