# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>    *Plaintiff,*<br> v.<br><br>VEGA CAPITAL LONDON LTD., et al.,<br><br>    *Defendants*. | Case No. 1:20-cv-04577<br><br>Hon. Manish S. Shah |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, November 14, 2024, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Room 1919, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion to Strike the Rebuttal Expert Reports of Craig Pirrong, Talis Putnins, and Benjamin Goodrich.

| | |
|---|---|
| Respectfully submitted, | Dated: November 8, 2024 |
| */s/ Michael P. Kelly*<br>Michael P. Kelly<br>AKERMAN LLP<br>750 Ninth Street, N.W., Suite 750<br>Washington, DC 20001<br>(202) 824-1716<br>michael.kelly@akerman.com<br><br>Amy G. Doehring<br>Shawn M. Taylor<br>Lauren Goddard<br>AKERMAN LLP<br>71 S. Wacker Drive, 47th Floor<br>Chicago, IL 60606<br>(312) 634-5700<br>amy.doerhing@akerman.com<br>shawn.taylor@akerman.com<br>lauren.goddard@akerman.com | */s/ Matthew L. Mazur*<br>Roger A. Burlingame<br>Matthew L. Mazur<br>Ryan Dykhouse<br>DECHERT LLP<br>25 Cannon Street<br>London EC4M 5UB<br>United Kingdom<br>Telephone: +44 20 7184 7000<br>Roger.Burlingame@dechert.com<br>Matthew.Mazur@dechert.com<br>Ryan.Dykhouse@dechert.com<br><br>Steven E. Bizar<br>Julia Chapman<br>Tony Leyh<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19104 |

Joel S. Forman
AKERMAN LLP
520 Madison Avenue, 20th Floor
New York, NY 10022
(212) 880-3800
joel.forman@akerman.com

*Attorneys for Defendants Vega Capital London Limited and Adrian Spires*

Telephone: (215) 994-2000
Steven.Bizar@dechert.com
Julia.Chapman@dechert.com
Tony.Leyh@dechert.com

*Attorneys for Defendants Paul Commins, George Commins, Christopher Roase, Elliot Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 8, 2024, a copy of the foregoing was filed using the CM/ECF electronic filing system. Service of this filing will be made on attorneys of record in the case by operation of the Court's electronic filing system, and parties may access these filings through the Court's electronic filing system.

                                                        */s/ Matthew L. Mazur*
                                                        Matthew L. Mazur