# EXHIBIT A



**COMMODITY FUTURES TRADING COMMISSION**
2600 Grand Boulevard, Suite 210
Kansas City, Missouri 64108
(816) 960-7743
*www.cftc.gov*

Division of
Enforcement

March 11, 2025

<u>**VIA EMAIL ONLY**</u>

Roger A. Burlingame
Dechert LLP
25 Cannon Street
London
EC4M 5UB
United Kingdom
Roger.burlingame@dechert.com

      **Re: Vega Capital London Ltd. et al.**

Dear Mr. Burlingame:

      This letter concerns the status of the above-referenced investigation.

      The Division has closed the investigation. The decision to close the investigation does not necessarily mean that the Division or the Commission has concluded that there were no violations of the Commodity Exchange Act or the Commission's Regulations, or that no action may ultimately result from the staff's investigation. Further, the Division or the Commission maintains the discretion to decide to reopen the investigation at any time in the future.

      Sincerely,

*Charles Marvine*

Charles Marvine
Deputy Director
Division of Enforcement

cc:   matthew.mazur@dechert.com
      jleriche@cftc.gov
      jauxter@cftc.gov
      rjelinek@cftc.gov