UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, | |
| *Plaintiff*, | Case No. 1:20-cv-04577 |
| v. | Honorable Manish S. Shah |
| VEGA CAPITAL LONDON, LTD., *et al.*, | |
| *Defendants*. | |

## NOTICE OF MOTION TO CORRECT

**PLEASE TAKE NOTICE** that on Wednesday, September 17, 2025, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Room 1919, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion to Correct.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Christopher McGrath*
Christopher Lovell
Christopher M. McGrath
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 Fifth Avenue, Suite 2440
New York, New York 10110
Telephone: (212) 608-1900

Marvin A. Miller
Andy Szot
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, Illinois 60603
Telephone: (312) 332-3400

*Counsel for Plaintiff and the Class*