UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD., et al.,<br><br>*Defendants.* | Case No. 1:20-cv-04577<br><br>Hon. Manish S. Shah |

### DEFENDANTS VEGA CAPITAL LONDON LIMITED AND ADRIAN SPIRES' UNOPPOSED MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2, Defendants Vega Capital London Limited ("Vega") and Adrian Spires ("Spires") hereby move to file their Opposition to Plaintiff's Motion to Compel Production of Documents under seal, as well as their accompanying Declarations and Exhibits. This motion to seal is unopposed. In support of the request, Vega and Spires state as follows:

1. Vega and Spires are filing an Opposition to Plaintiff's Motion to Compel Production of Documents ("Opposition") as well two Declarations and Exhibits. Some of the information in the Opposition, the Declarations, and Exhibits has been designated by the parties or certain non-parties as Highly Confidential or Confidential pursuant to the Stipulated Protective Order ("Protective Order"), ECF 24 at 2, §§ 2.1, 2.2.

2. After consulting with the other parties in the case, Vega and Spires will file a publicly-available Opposition, Declarations, and Exhibits with redactions of the material designated as Highly Confidential or Confidential.

1

3. In accordance with Local Rule 26.2(c), an unredacted copy of the Opposition, Declarations, and Exhibits have been provisionally filed electronically under seal. Unredacted copies of these filings will also be served on counsel for the other parties via email.

4. On September 26, 2025, counsel for Vega and Spires asked counsel for the parties whether they consented to this motion to seal. Each party has consented.

Defendants Vega Capital London Limited and Adrian Spires respectfully request that the Court grant their unopposed motion for leave to file their Opposition, Declarations, and Exhibits under seal.

Dated: September 26, 2025

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Joel S. Forman
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
(212) 880-3800
joel.forman@akerman.com

Amy Graham Doehring
Shawn M. Taylor
Lauren Goddard
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
shawn.taylor@akerman.com
lauren.goddard@akerman.com

*Attorneys for Vega Capital London Limited and Adrian Spires*