UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD., et al.,<br><br>*Defendants*. | Case No. 1:20-cv-04577<br><br>Hon. Manish S. Shah<br><br>Magistrate Judge Jeffrey T. Gilbert |

## **DECLARATION OF MICHAEL KELLY**

I, MICHAEL KELLY, hereby declare as follows:

1. I am an attorney with Akerman LLP and represent Vega Capital London Limited ("Vega") and Adrian Spires ("Spires") in the above captioned case.

2. This Declaration is made to authenticate documents that are attached as Exhibits to Vega and Spires' Opposition to Mish International Monetary Inc.'s Motion to Quash.

3. Exhibit 1 is a true and correct copy of the text of messages between ▬▬▬ and Paul Sutton on April 20, 2020. To improve the readability of the text messages, an extra space was added between each individual text message. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

4. Exhibit 2 is a true and correct copy of an email exchange between ▬▬▬ of Vega and ▬▬▬ of G.H. Financials on April 20, 2020.

5. Exhibit 3 is a true and correct copy of the text of the messages between ▬▬▬ of Vega and ▬▬▬ of Trading Technologies on April 20, 2020. The same

1

adjustment was made to improve the readability of the messages by adding a space between the messages. ▮

6. Exhibit 4 is a true and correct copy of an email exchange on April 20, 2020 between ▮ of Vega and a person identifying herself as ▮ and utilizing the email account at ▮.

7. Exhibit 5 is a true and correct copy of an email exchange on April 13 and 14, 2020 between ▮ of G.H. Financials and Adrian Spires of Vega.

8. Exhibit 6 is a true and correct copy of an email sent on April 15, 2020 from ▮ of CME Group and Adrian Spires of Vega. The email contains a link to an article on the CME website entitled "Crude Oil Options Are Predicting Lasting Volatility" located at the URL address https://openmarkets.cmegroup.com/16137/crude-oil-options-are-predicting-lasting-volatility  The Wayback Machine reflects the article as it was posted at that address on April 21, 2020.

https://web.archive.org/web/20200421081749/https://openmarkets.cmegroup.com/16137/crude-oil-options-are-predicting-lasting-volatility  The article as captured by the Wayback Machine is included in Exhibit 6 following the email. The substance of the article can also be currently found on CME's website at the following URL address:

https://www.cmegroup.com/openmarkets/commodities/2020/16137-crude-oil-options-are-predicting-lasting-volatility.html

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of September 2025.

                                                                      /s/ Michael Kelly  
                                                                      Michael Kelly