UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, | : : : : : | |
| v. | : : | Case No. 1:20-cv-04577 Judge Manish S. Shah |
| VEGA CAPITAL LONDON, LTD. *et al.*, | : : | |

**PLAINTIFF'S MOTION**
**SEEKING APPROVAL OF THE PLAN AND FORM OF NOTICE TO THE CLASS**

Plaintiff Mish International Monetary Inc., on behalf of itself and the certified Class, by and through the undersigned Court-appointed Class Counsel, respectfully moves, pursuant to Fed. R. Civ. P. 23(c)(2)(B) and the Court's Scheduling Order (ECF No. 440), for an order approving the plan and form of notice to the Class as described in the contemporaneously filed and submitted accompanying memorandum of law and Proposed Order.[1]

Dated: November 3, 2025

Respectfully submitted,

| /s/ Christopher McGrath | /s/ Andrew Szot |
|---|---|
| Christopher Lovell | Marvin A. Miller |
| Christopher McGrath | Andrew Szot |
| **LOVELL STEWART HALEBIAN JACOBSON LLP** | **MILLER LAW LLC** |
| 500 Fifth Avenue, Suite 2440 | 53 W. Jackson Blvd., Suite 1320 |
| New York, New York 10110 | Chicago, IL 60604 |
| Telephone: (212) 608-1900 | Telephone: (312) 332-3400 |
| *Class Counsel* | *Class Counsel* |

---

[1] Pursuant to the Court's case procedures, a Proposed Order granting the relief requested in this motion is being emailed to the Court contemporaneously with the filing of this motion.