UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly Situated,<br><br>*Plaintiff*<br><br>v.<br><br>VEGA CAPITAL LONDON, LTD., *et al.*<br><br>*Defendants.* | Case No. 1:20-cv-04577<br><br>Honorable Manish S. Shah |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2 and the Stipulated Protective Order entered in this action (ECF No. 24), Plaintiff Mish International Monetary Inc. ("Plaintiff") respectfully seeks leave to file under seal, the following tabs to the Declaration of Andrew Szot:

- Tab 12 - A document identifying approximately 580 large traders of NYMEX WTI crude oil futures contracts during the periods March 18-20, 2020, and April 16-23, 2020, produced by CME Group, Inc., and labeled CME-Negative-Crude 00000026_HIGHLY CONFIDENTIAL.

- Tab 13 - A document identifying approximately 50 clearing firm members produced by CME Group, Inc., and labeled CME-Negative-Crude 00000025.

- Tab 18 – A document produced by Genscape, labeled CITESEC0000338-342, and marked CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER. The document identifies the pipelines and storage facilities eligible to take delivery of WTI on April 20, 2020.

- Tab 19 - A document produced by Genscape, labeled CITESEC0000299-300, and marked CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER. The document identifies the pipelines and storage facilities eligible to take delivery of WTI on April 20, 2020.

In support of this motion, Plaintiff respectfully states as follows:

1. Pursuant to Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must…move the court for leave to file the document under seal." L.R. 26.2(c). This rule further allows the filing party to "provisionally file the document electronically under seal." *Id.*

2. Pursuant to the Stipulated Protective Order, the parties and certain non-parties designated certain information produced during discovery as confidential or highly confidential, including the documents identified in this Motion. ECF No. 24, p. 10.

3. Plaintiff is preparing redacted versions of Tabs 12, 18 and 19 and intends to file them in the public record.

4. Defendants do not oppose Plaintiff's request to file under seal.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting it leave to file under seal Tabs 12, 13, 18 and 19 to the Declaration of Andrew Szot.

Dated: November 3, 2025                                    Respectfully submitted,

*/s/ Christopher McGrath*                                  */s/ Andrew Szot*
Christopher Lovell                                         Marvin A. Miller
Christopher McGrath                                        Andrew Szot
**LOVELL STEWART HALEBIAN**                                **MILLER LAW LLC**
**JACOBSON LLP**                                           53 W. Jackson Blvd., Suite 1320
500 Fifth Avenue, Suite 2440                               Chicago, IL 60604
New York, New York 10110                                   Telephone: (312) 332-3400
Telephone: (212) 608-1900                                  *Class Counsel*
*Class Counsel*