UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> VEGA CAPITAL LONDON, LTD., et al., <br><br> *Defendants*. | Case No. 1:20-cv-04577 <br><br> Hon. Manish S. Shah |

**DEFENDANTS' UNOPPOSED MOTION
TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Defendants Vega Capital London Limited, Adrian Spires, Paul Commins, George Commins, Christopher Roase, Elliott Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson hereby move to file their Partial Opposition to Plaintiff's Motion Seeking Approval of the Plan and Form of Notice to the Class under seal as well as their accompanying Exhibits. This motion to seal is unopposed. In support of the request, Defendants state as follows:

1. Defendants are filing their Partial Opposition to Plaintiff's Motion Seeking Approval of the Plan and Form of Notice to the Class as well as four accompanying Exhibits. Some of the information in the Partial Opposition and Exhibits have been designated by the parties or certain non-parties as Highly Confidential or Confidential pursuant to the Stipulated Protective Order ("Protective Order"), ECF 24 at 2, §§ 2.1, 2.2.

2. After consulting with counsel for Plaintiff, Defendants will file a publicly-available Partial Opposition and Exhibits with redactions of the material designated as Highly Confidential or Confidential.

1

3. In accordance with Local Rule 26.2(c), an unredacted copy of the Partial Opposition and Exhibits have been provisionally filed electronically under seal. Unredacted copies of these filings will also be served on counsel for Plaintiff via email.

4. On November 24, 2025, counsel for Vega and Spires asked counsel for Plaintiff whether they consented to this motion to seal. Plaintiff has consented.

Defendants respectfully request that the Court grant their unopposed motion for leave to file their Partial Opposition and Exhibits under seal.

Respectfully submitted,

By: */s/ Michael P. Kelly*
Michael P. Kelly
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Amy Graham Doehring
Shawn M. Taylor
Lauren Goddard
**AKERMAN LLP**
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
shawn.taylor@akerman.com
lauren.goddard@akerman.com

Joel S. Forman
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
(212) 880-3800
joel.forman@akerman.com

*Attorneys for Defendants Vega Capital London Limited and Adrian Spires*

/s/ *Matthew L. Mazur*
Roger A. Burlingame
Matthew L. Mazur
**DECHERT LLP**
25 Cannon Street
London EC4M 5UB, United Kingdom
Telephone: +44 20 7184 7000
Roger.Burlingame@dechert.com
Matthew.Mazur@dechert.com

Steven E. Bizar
Michael S. Doluisio
Julia Chapman
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2222
Steven.Bizar@dechert.com
Michael.Doluisio@dechert.com
Julia.Chapman@dechert.com

*Attorneys for Defendants Paul Commins, George Commins, Christopher Roase, Elliott Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson*