## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Mish International Monetary Inc.

       Plaintiff,

v.              Case No.: 1:20–cv–04577

              Honorable Manish S. Shah

Vega Capital London, Ltd., et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

  MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion to compel [451] [457] is granted in limited part. Defendants Vega and Spires shall produce responsive communications hitting on plaintiff's Request 1 search terms sent to or from Vega, Spires, or the Trader Defendants between Jan. 1, 2020, and April 30, 2020, for any futures contracts (i.e., not limited to the April 2020 and May 2020 Contracts). Broadening the contracts at issue in the communications, without expanding the custodians or temporal scope, maintains proportionality while attuned to the relevance of contemporaneous intent evidence that may exist albeit about other contracts. The motion to compel financial transactions requested in Requests 13 and 14 is denied. The court is not persuaded that the requested transactions materially bear on the liability issues when information already disclosed or available through other means can adequately tell the financial story. The parties shall confer over the timing of defendants' supplemental production. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.