## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., On behalf of itself and all others similarly situated, *Plaintiff*, v. VEGA CAPITAL LONDON, LTD., *et al.*, *Defendants*. | Case No. 1:20-cv-04577 Hon. Manish S. Shah |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, January 13, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah at the Everett McKinley Dirksen U.S. Courthouse, Room 1919, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present the Motion of Defendants Paul Commins, George Commins, Christopher Roase, Elliott Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson (the "Trader Defendants") to Compel G.H. Financials, LLC ("G.H. Financials") to Produce Documents.

Trader Defendants and G.H. Financials have conferred and agreed on a briefing schedule for this motion and respectfully request that the Court set the deadline for G.H. Financials' opposition brief as January 13, 2026, and, if necessary, the deadline for Trader Defendants' reply brief as January 20, 2026.

Dated: December 15, 2025          Respectfully submitted,

         /s/ Matthew Mazur
Matthew L. Mazur
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: +1 212 698 3899
matthew.mazur@dechert.com


Michael S. Doluisio
Wilfred T. Beaye, Jr., *proc hac vice pending*
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: +1 215 994 4000
michael.doluisio@dechert.com
wilfred.beaye@dechert.com