# Exhibit A

| | |
|---|---|
| **From:** | Brian Stolarz |
| **To:** | Mazur, Matthew |
| **Cc:** | Kevin J. Harnisch; Dykhouse, Ryan; Leyh, Tony |
| **Subject:** | RE: Subpoena to GH Financials -- Mish International Monetary v. Vega, et. al. |
| **Date:** | Friday, August 30, 2024 3:54:03 PM |

Matt,

Thank you for taking the time to discuss the subpoena issued to G.H. Financials, LLC in the Mish International Monetary Inc. v. Vega Capital London, Ltd., et. al. matter.

Pursuant to Rule 45(d)(2)(B) of the Federal Rules of Civil Procedure, this correspondence constitutes G.H. Financials, LLC's objections to the subpoena.

As an initial matter, the documents you seek are not in the possession, custody, or control of G.H. Financials, LLC. Any responsive documents to your subpoena, to the extent any exist, are in the possession, custody and control of G.H. Financials, Ltd., a foreign entity to which the United States District Court for the Northern District of Illinois lacks jurisdiction over. Therefore, G.H. Financials, LLC objects to the subpoena to the extent it calls for it to make production of documents located outside the United States that are not in its possession, custody or control.

G.H. Financials, LLC states the following additional objections regarding the subpoena: (1) the subpoena requests are not relevant and/or not proportional to the needs of the case, particularly regarding trading activity of other clients unrelated to your clients when the alleged conduct in this case relates to your clients' alleged conduct, including alleged market manipulation; (2) the subpoena is overly broad and unduly burdensome regarding all communications with other clients regarding trading alerts, particularly to a non-party to this litigation; (3) the subpoena seeks disclosure of proprietary and/or confidential business information, and client information that is outside the scope of the alleged claims in this case and is irrelevant; (4) the subpoena seeks the disclosure of information and/or documentation that is protected under the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, and (5) the production of the information sought in the subpoena would potentially constitute a violation of foreign data privacy laws, including but not limited to the U.K.'s Data Protection Act and/or the EU's General Data Protection Regulation.

These objections apply to each of the 5 requests for production listed in the subpoena.

G.H. Financials, LLC reserves the right to raise additional objections and/or arguments regarding the validity of the subpoenas.

With these objections/statements stated, we are in the process of conferring with our client and will be in touch regarding the subpoena.

Regards,
Kevin Harnisch and Brian Stolarz

**Brian Stolarz** | Senior Counsel
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000, Washington, DC  20001-4501, United States
Tel +1 202 662 0309 | Fax +1 202 662 4643
brian.stolarz@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**From:** Brian Stolarz
**Sent:** Tuesday, August 27, 2024 12:30 PM
**To:** Mazur, Matthew <Matthew.Mazur@dechert.com>
**Cc:** Kevin J. Harnisch <kevin.harnisch@nortonrosefulbright.com>; Dykhouse, Ryan <Ryan.Dykhouse@dechert.com>; Leyh, Tony <Tony.Leyh@dechert.com>
**Subject:** RE: Subpoena to GH Financials -- Mish International Monetary v. Vega, et. al.

Thanks, Matt.   Appreciate the quick response.

4pm ET is good for us tomorrow.  I will send a Teams invite.

Thanks,
Brian

**Brian Stolarz** | Senior Counsel
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000, Washington, DC  20001-4501, United States
Tel +1 202 662 0309 | Fax +1 202 662 4643
brian.stolarz@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**From:** Mazur, Matthew <Matthew.Mazur@dechert.com>
**Sent:** Tuesday, August 27, 2024 11:04 AM
**To:** Brian Stolarz <brian.stolarz@nortonrosefulbright.com>
**Cc:** Kevin J. Harnisch <kevin.harnisch@nortonrosefulbright.com>; Dykhouse, Ryan <Ryan.Dykhouse@dechert.com>; Leyh, Tony <Tony.Leyh@dechert.com>
**Subject:** Re: Subpoena to GH Financials -- Mish International Monetary v. Vega, et. al.

Hi Brian,

Thanks for getting in touch.  We are spread between the East and West Coasts this week.  Would tomorrow afternoon between 330pm and 5pm ET work on your end?

Matt

**Matthew L. Mazur**
Dechert LLP
+44 207 184 7487
matthew.mazur@dechert.com

---

**From:** Brian Stolarz <brian.stolarz@nortonrosefulbright.com>
**Sent:** Tuesday, August 27, 2024 6:28 AM
**To:** Mazur, Matthew <Matthew.Mazur@dechert.com>
**Cc:** Kevin J. Harnisch <kevin.harnisch@nortonrosefulbright.com>
**Subject:** Subpoena to GH Financials -- Mish International Monetary v. Vega, et. al.

[EXTERNAL EMAIL]

Matthew,

Greetings.   This firm is counsel to GH Financials in connection with the subpoena issued to it in the Mish International matter.

Can we schedule a time to talk this week regarding the subpoena?  Let me know your available times and we can get it on the calendar.

Thanks,
Brian

**Brian Stolarz** | Senior Counsel
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000, Washington, DC  20001-4501, United States
Tel +1 202 662 0309 | Fax +1 202 662 4643
brian.stolarz@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.