IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY, INC., On behalf of itself and all others similarly situated <br><br> Plaintiff, <br><br> v. <br><br> VEGA CAPITAL LONDON LTD, *et. al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:20-CV-4577 <br> ) Hon. Manish S. Shah <br> ) <br> ) <br> ) |

## DECLARATION OF REBECCA WHITE

Pursuant to 28 U.S.C. § 1746, I, Rebecca White, declare the following:

1. I am over the age of eighteen and am competent to testify about the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am the Compliance Manager for G.H. Financials Limited, which is based in London, England.

3. G.H. Financials, LLC is a Futures Commission Merchant that is regulated by the Chicago Mercantile Exchange ("CME") as the Designated Self-Regulatory Organization ("DSRO") on behalf of the Commodity Futures Trading Commission ("CFTC").

4. G.H. Financials, LLC clears trades for its clients in United States markets.

5. G.H. Financials, LLC, is a wholly-owned subsidiary of G.H. Financials Limited, a U.K.-based company.

6. G.H. Financials Limited sends trades to G.H. Financials, LLC for execution and clearing. Thus, G.H. Financials Limited is G.H. Financials LLC's customer in the United States. G.H. Financials Limited maintains customer relationships with clients in the United Kingdom. G.H. Financials, LLC has its own clients as well.

1

7. G.H. Financials Limited does trade surveillance, generates reports, and reviews those reports in the United Kingdom.

8. G.H. Financials, LLC does not maintain records about the customers of G.H. Financials Limited. G.H. Financials, LLC has possession, custody and control over its clients' records.

9. G.H. Financials, LLC does not have access, possession, custody, or control over G.H. Financials Limited's surveillance systems, files or historical trading records for non-G.H. Financials, LLC clients and cannot generate or run reports without making a request of G.H. Financials Limited. Only G.H. Financials Limited can do so.

10. G.H. Financials, LLC does not have the authority or power to compel G.H. Financials Limited to provide additional information for non-G.H. Financials, LLC clients.

11. Therefore, the information requested by the Trader Defendants in this case is not within the possession, custody, or control of G.H. Financials, LLC, but rather G.H. Financials Limited and can only be provided by G.H. Financials Limited. G.H. Financials Limited has not agreed to provide the requested documents to G.H. Financials, LLC in this case.

12. The prior productions in this case to the Plaintiff and to Trader Defendants were voluntary and G.H. Financials Limited stands by the reserved objections made by its counsel in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 06/01/2026

_R. White_
Rebecca White