UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Mish International Monetary Inc., et al.
                              Plaintiff,

v.                                                Case No.: 1:20−cv−04577
                                                       Honorable Manish S. Shah

Vega Capital London, Ltd., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Telephone status hearing held. The motion to compel [487] is taken under advisement. Upon further consideration, after considering the arguments of counsel during the hearing, the motion [487] is denied. The court concludes that G.H. Financials LLC does not possess the sought−after surveillance data possessed by G.H. Financials Ltd., and G.H. Financials Ltd. preserved its position notwithstanding its voluntary disclosures. The surveillance data that G.H. Financials does possess is not significant to the theories at issue in this case and while not burdensome to produce, would be unnecessary. The trader defendants' interest in alerts one year before and after is not persuasive as a reason to gather data from a non−party. Inferences from the unusual market events at issue in the case can be effectively developed from existing sources; and plaintiffs' analysis can be undermined without G.H. Financials providing more information. Plaintiff's motion for approval and notice to the class [469] is granted, for the reasons stated on the record. Enter Order. The 5/15/26 fact discovery deadline remains as set. The parties shall submit a status report on discovery progress by 3/25/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.