UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Mish International Monetary Inc., et al.
                                    Plaintiff,
v.                                                      Case No.: 1:20−cv−04577
                                                        Honorable Manish S. Shah
Vega Capital London, Ltd., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

    MINUTE entry before the Honorable Manish S. Shah: The motion for leave to issue subpoena [510] is denied and no appearance on the motion is necessary. The court is not saying that trading alerts are irrelevant (although they may be when considered in a merits analysis), but that more trading alerts from G.H. Financials are not likely to be useful enough to justify subjecting a non−party to a subpoena. The Trader Defendants are not in an intolerable position. The faults in plaintiffs' reliance on limited trading alerts can be exposed through more cost−effective, non−burdensome methods. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.