## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mish International Monetary Inc., et al.

                             Plaintiff,

v.

                                                Case No.: 1:20–cv–04577

                                                Honorable Manish S. Shah

Vega Capital London, Ltd., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 20, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The motion for protective order [513] is granted, and no appearance is necessary. The court orders the parties to allow a remote deposition of Richard Stoker, limited to a total of two hours (one hour allocated to defendants and one hour allocated to plaintiffs) and to the twelve topics identified in paragraphs 4 and 5 of the motion for a protective order. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.