**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, | |
| *Plaintiff*, | Case No. 1:20-cv-04577 |
| v. | Hon. Manish S. Shah |
| VEGA CAPITAL LONDON, LTD., *et al.*, | Magistrate Judge Jeffrey T. Gilbert |
| *Defendants.* | |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Thursday, April 2, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah at the Everett McKinley Dirksen U.S. Courthouse, Room 1919, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants Vega Capital London Limited and Adrian Spires' Unopposed Motion for a Protective Order.

Respectfully submitted,

By: */s/ Michael P. Kelly*
Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Joel S. Forman
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
(212) 880-3800
joel.forman@akerman.com

Amy Graham Doehring
Shawn M. Taylor
Lauren Goddard
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
shawn.taylor@akerman.com
lauren.goddard@akerman.com

*Attorneys for Defendants Vega Capital*
*London Limited and Adrian Spires*