**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated, <br><br> *v.* <br><br> VEGA CAPITAL LONDON, LTD., *et al.* | Case No. 1:20-cv-04577 <br><br> Honorable Manish S. Shah |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2 and the Stipulated Protective Order entered in this action (ECF No. 24), Plaintiff Mish International Monetary Inc. ("Plaintiff") respectfully seeks leave to file under seal Plaintiff's Response to the Trader Defendants' Motion for Leave to Take Deposition Testimony from Large Commercial Traders ("Response"). Defendants do not oppose Plaintiff's request to file under seal.

In support of this motion, Plaintiff respectfully states as follows:

1. Pursuant to Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must…move the court for leave to file the document under seal." L.R. 26.2(c). This rule further allows the filing party to "provisionally file the document electronically under seal." *Id.*

2. Pursuant to the Stipulated Protective Order, the parties and certain non-parties designated certain information produced during discovery as confidential or highly confidential. ECF No. 24, p. 10. Certain information so designated is reflected in the Response.

3. Plaintiff is preparing a redacted version of the Response. Absent objection from Defendants, Plaintiff intends to file its proposed redacted version in the public record. Plaintiff is serving an un-redacted version of the Response on counsel for Defendants.

1

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting it leave to file under seal the un-redacted version of the Reply.

Dated: April 6, 2026

Respectfully submitted,

*/s/ Christopher McGrath*
Christopher Lovell
Christopher M. McGrath
Benjamin Jaccarino
Travis H. Carter
**LOVELL STEWART HALEBIAN**
    **JACOBSON LLP**
500 Fifth Avenue, Suite 2440
New York, New York 10110
Telephone:    (212) 608-1900

Marvin A. Miller
Andy Szot
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, Illinois 60603
Telephone:    (312) 332-3400

*Counsel for Plaintiff and the Class*

2