# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

MISH INTERNATIONAL MONETARY
INC., on behalf of itself and all others similarly
situated,

*v.*

VEGA CAPITAL LONDON, LTD., *et al.*

Case No. 1:20-cv-04577

Honorable Manish S. Shah

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2 and the Stipulated Protective Order entered in this action (ECF No. 24), Plaintiff Mish International Monetary Inc. ("Plaintiff") respectfully seeks leave to file under seal (a) Plaintiff's Motion to Amend the Class Definition and (b) the Supplemental Expert Report of Professor Craig Pirrong (collectively, the "Motion"). Defendants do not oppose Plaintiff's request to file under seal.

In support of this motion, Plaintiff respectfully states as follows:

1. Pursuant to Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must…move the court for leave to file the document under seal." L.R. 26.2(c). This Rule further allows the filing party to "provisionally file the document electronically under seal." *Id.*

2. Pursuant to the Stipulated Protective Order, the parties and certain non-parties designated certain information produced during discovery as confidential or highly confidential. ECF No. 24, p. 10. Certain information so designated is reflected in the Motion.

3. Plaintiff is preparing a redacted version of the Motion. Absent objection from Defendants, Plaintiff intends to file its proposed redacted version in the public record. Plaintiff is serving an unredacted version of the Motion on counsel for Defendants.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting it leave to file under seal the un-redacted version of the Motion.

Dated: April 10, 2026

Respectfully submitted,

*/s/ Christopher McGrath*
Christopher Lovell
Christopher M. McGrath
Benjamin Jaccarino
Travis H. Carter
**LOVELL STEWART HALEBIAN**
**JACOBSON LLP**
500 Fifth Avenue, Suite 2440
New York, New York 10110
Telephone:     (212) 608-1900

Marvin A. Miller
Andy Szot
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, Illinois 60603
Telephone:     (312) 332-3400

*Counsel for Plaintiff and the Class*