## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mish International Monetary Inc., et al.

                         Plaintiff,

v.
                                             Case No.: 1:20–cv–04577
                                             Honorable Manish S. Shah

Vega Capital London, Ltd., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Fact discovery is extended to 6/30/26. Plaintiff's expert disclosures are due 8/10/26, defendants' expert disclosures are due 11/9/26, plaintiff's rebuttal disclosures are due 1/28/27. All depositions of experts must be completed by 4/28/27. The parties shall file a status report on 8/12/26 confirming the completion of fact discovery and the timely disclosure of plaintiff's expert reports. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.