## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Mish International Monetary Inc., et al.

                            Plaintiff,

v.                                            Case No.: 1:20–cv–04577
                                            Honorable Manish S. Shah

Vega Capital London, Ltd., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The motions to seal and for a protective order [550][551][552] are granted and no appearance is necessary. The court orders the deposition of the witness identified in the motion limited to four hours (with two hours allocated to defendants and two hours allocated to plaintiff). The deposition is limited to the six topics identified in the motion. This protective order and the related seal on the motion is for the purposes of discovery only. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.