**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MISH INT'L MONETARY INC., on behalf of itself and all others similarly situated, *Plaintiff*, *v.* VEGA CAPITAL LONDON, LTD., et al., *Defendants*. | Case No. 20-cv-04577<br>Hon. Manish S. Shah |

# JOINT STATUS REPORT

Plaintiff Mish International Monetary Inc. ("Plaintiff") and Defendants Vega Capital London Ltd. ("Vega"), Adrian Spires (together the "Vega Defendants"), Paul Commins, George Commins, Christopher Roase, Elliott Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson (collectively, the "Trader Defendants") respectfully submit this joint status report pursuant to the Court's August 24, 2026 Order directing the parties to submit a "joint status report on discovery progress." ECF 613.

On August 24, 2026, the Court entered a case schedule and reopened fact discovery "solely to pursue discovery from defendants who earlier refused to respond based on Fifth Amendment assertions." ECF 613. The Court directed the Trader Defendants to "complete their discovery production" of previously withheld documents based on their asserted Fifth Amendment privilege by September 28, 2026. *Id.*

On September 4, 2026, the Court denied the Trader Defendants' motion for a protective order concerning inquiries into the Trader Defendants' finances. ECF 616.

Trader Defendants produced their document production on September 28, 2026.[1]

The Parties have been meeting and conferring in an effort to resolve differences between Plaintiff and the Trader Defendants concerning document production, deposition scheduling, and related issues. The Trade Defendants have offered Plaintiff three dates for depositions so far, all in November. Plaintiff tentatively accepted all three dates subject to working out a counsel intra-day scheduling conflict as to one deposition, the length of time of the depositions, and document production issues.

Plaintiff has been asking for dates for the remaining Trader Defendants depositions. Trader Defendants anticipate that three additional depositions can be confirmed to occur in December, and the remaining depositions will be completed in January. *See* Dkt. No. 613 ("Plaintiff should complete those deposition as soon as possible…").

Plaintiff is continuing to negotiate with Trader Defendants on the above and other issues. Negotiations are proceeding in good faith, and if necessary, the Parties may seek the assistance of the Court to resolve one or more of such issues. There is no discovery outstanding from the Vega Defendants.

Dated: October 28, 2026

Respectfully submitted,

Christopher Lovell
Christopher M. McGrath
**LOVELL STEWART HALEBIAN JACOBSON LLP**
225 Broadway, Suite 3600
New York, New York 10007
(212) 608-1900

Marvin A. Miller

Stephen J. Senderowitz
Timothy J. Storino
Marilyn B. Rosen
**DENTONS**
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
(312) 876-8000
(312) 876-2846
stephen.senderowitz@dentons.com

[1] Plaintiff's position is that, although the Trader Defendants represented to the Court and Plaintiff that they would make their document productions on a "rolling basis," (ECF 600 at 7, 9) Trader Defendants instead waited until the afternoon of the September 28 deadline to make their entire document production.

Andy Szot
**MILLER LAW LLC**
53 W. Jackson Blvd, Suite 1320
Chicago, Illinois 60604
(312) 332.3400

*Attorneys for Plaintiff Mish International Monetary Inc. and the Class*

timothy.storino@dentons.com
marilyn.rosen@dentons.com

*Attorneys for Defendants Paul Commins, George Commins, Christopher Roase, Elliott Pickering, Aristos Demetriou, Connor Younger, James Biagioni, Henry Lunn, Paul Sutton, and Matthew Rhys Thompson*

Michael P. Kelly
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Joel S. Forman
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
(212) 880-3800
joel.forman@akerman.com

Amy Graham Doehring
Shawn Taylor
Lauren Goddard
**AKERMAN LLP**
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
shawn.taylor@akerman.com
lauren.goddard@akerman.com

*Attorneys for Defendants Vega Capital London Ltd. and Adrian Spires*